Robert C. Aronoff, Esq. (SBN 70028)
LAW OFFICES OF ROBERT C. ARONOFF
A Professional Corporation
9100 Wilshire Boulevard, 710 East Tower
Beverly Hills, CA  90212
(310) 471-7770 phone
(310) 943-1400 fax;
Email: Robert@AronoffLaw.com

Attorneys for Defendant, KAY Associates

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual, Plaintiff, <br><br> v. <br><br> KAY ASSOCIATES, a California corporation; and DOES 1-10,  inclusive, Defendants. | ) ) ) ) ) ) ) ) ) ) |

**CASE NO. 2:20-cv-02199-AB-JPR**

**DEFENDANT'S NOTICE OF NO VIOLATION AND REMEDIATION**

      Pursuant to this Court's paragraph 4 of the "ADA Disability Access Litigation Order Staying Action and Requiring Early Mediation, entered April 15, 2020, Defendant KAY Associates submits this notice that it claims there was no violation at the time the Complaint was filed.  Further, remediation that is in progress will cure any potential violation now existing.

**I**

**NO VIOLATION EXISTED AT TIME OF THE COMPLAINT.**

      Plaintiff complains that his access has been impeded by "a built up curb ramp that projects from the sidewalk and into the access aisle" and that the "curb ramp ... is in excess of the maximum grade allowed by the ADAAG specifications (ADAAG Section 406.1)."   The curb ramp complained of is in KAY Associates parking lot that was completed November 12, 2003 in accordance with building and ADA standards at the time.  Attached as Exhibit A are the architectural plans dated June 3, 2003 showing design for the parking space.  The plans were

1

**DEFENDANT'S NOTICE OF NO VIOLATION AND REMEDIATION**

1   approved by the City of Los Angeles on June 9, 2003.  Give particular note to page 13 of Exhibit

2   A which has the detail for the parking spot at issue in this case.  Page 15 has the specific approval

3   of Disability Access Section of the Los Angeles Building Department.

4           Exhibit B attached is the The Final Inspection Card (11/12/03) approving completion of

5   the disabled access. No modification to the parking lot has been made since it was completed

6   with the City's approval in 2003.  Plaintiff does not assert, nor could he, that KAY Associates

7   had any obligation to replace the ramp or otherwise change the approved parking lot because of

8   any subsequent change in requirements.  Thus, the ramp which was in compliance in 2003 was

9   still in compliance when Plaintiff filed his complaint.

10                                                    II

11       **ANY DEFECT IN THE PARKING LOT IS IN THE PROCESS OF BEING**

12                                        **REMEDIATED.**

13          Even before being served with the Complaint in this case, KAY Associates had plans to

14   repair, repave and otherwise update its parking lot because that had not been done in the more

15   than 16 years.  KAY Associates expected that the parking lot repairs would have been completed

16   by now.  However, the whole process of getting plans drawn, approve and contractors on site has

17   been slowed by the COVID-19 pandemic.  Attached Exhibits C are the plans dated May 13, 2020

18   for the new parking lot that will be fully compliant with current ADA standards.  Exhibit D

19   confirms that those plans were submitted to the City of Los Angeles for approval on May 21,

20   2020.  KAY Associates is awaiting approval, which is expected before the July 7, 2020

21   mediation.  Contractors will be engaged as soon as the Approved Plans are received.  Even with

22   COVID-19 delays, the project should be complete and any possible violations remediated long

23   before trial.

24   Date:  June 24, 2020

25                               LAW OFFICES OF ROBERT C. ARONOFF
                                 A Professional Corporation

26

27

28                               By:   _____
                                       Robert C. Aronoff,
                                       Attorneys for Defendant, Kay Associates

                                                    2

**DEFENDANT'S NOTICE OF NO VIOLATION AND REMEDIATION**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

**DEFENDANT'S NOTICE OF NO VIOLATION AND REMEDIATION**



TO CENTER LINE
VICTORY BOULEVARD
312'
63'
FACE OF CURB
10'
PROPERTY LINE
10'
46'
203'-7"
N

WATER
8' 5'
8'
45' 10' 10' 45'
3'
3'
DRAIN

20900 Victory
INTERNATIONAL GOLF

6465 DeSoto
INTERNATIONAL GOLF

20920 Victory
DENNIS UNIFORM

1 STORY
RETAIL
CONCRETE TILT-UP, WOOD ROOF
TYPE 5

5'

DRAIN

6459 DeSoto
OFF THE BOLT

163'-9"

22'

42'-6"

264'

DESOTO AVENUE
TO CENTER LINE
323'

6455 DeSoto
VALLEY TILE

80'

122'-6"

101'

6445 DeSoto
VALLEY TILE

123'-8"
4'-8"
6"

DRAIN

EXISTING SITE PLAN    (4)
Scale: 1/8" = 1'-0"

VICINITY MAP    (5)

91324
NORTHRIDGE
91304
LOS ANGELES
91306
91335
CANOGA PARK
RESEDA
91303
91367
MARINE
SITE

FOR

| | | |
|---|---|---|
| A1.0 | Cover Sheet / Project Info. / (E) Site Plan | |
| A1.1 | Survey | |
| A3.0 | Floor Plan / Site Plan | |
| A4.0 | East and North Elevations and Sections | |
| S-1 | Structural Drawings | |
| SD-1 | Structural Drawings | |
| A5.0 | ADA Restrooms / Site Plan & Locations | |
| A6.0 | Site Plan Drawings & ADA Accessibility | |

DRAWING LIST    (3)
SHEET INDEX

SCOPE OF WORK    (2)

1. REMOVE & REPLACE EXISTING AWNINGS.

2. REPAIR, REPLASTER AND PAINT EXISTING STUCCO.

3. BUILD (1) NEW ENTRY FACADE TO MATCH EXISTING (3)

4. NO ADDITIONAL SQUARE FOOTAGE

CLIENT:

Turnberry Management, Inc.
19921 Turnberry Drive
Tarzana, CA 91356-3634
(818) 343-1064

STRUCTURAL:

Wahba Engineering
Wahba Wahba - Structural Engineer
10041 Sylvia Avenue
Northridge, CA 91324
(818) 709-7590

CONTRACTOR:

Artner Construction
Greg Weber - Construction Manager
21212 Erwin Sreet
Woodland Hills, CA 91364
(818) 340-8050

JUN 3 2003

PROJECT CONSULTANTS    (1)

REVISIONS    #
6/3/03

VICTORY DESOTO CENTER
20900 VICTORY BOULEVARD
LOS ANGELES, CA

APPROVED 367 @ CARD

SCALE  VARIES
Date    06/3/03
Drawn    TJS
Checked    CMB
Project No.
Drawing
COVER
SHEET
SHEET:
A1.0

1105.01 - B5



STRUCTURAL PLAN CHECK DIV./BUILDING BUREAU
DEPARTMENT OF BUILDING AND SAFETY - CITY OF LOS ANGELES

# APPROVED

This set of plans and specifications MUST be at job site during construction. It is unlawful to alter or change same, or to deviate therefrom without approval from the Dept. of Building & Safety.

The stamping of this plan and specifications SHALL NOT be held to permit, or to be an approval of the violation of any provisions of any City Ordinance or State Law.

This approval does not cover ELECTRICAL, PLUMBING, HEATING or REFRIGERATION work. Separate approvals must be obtained from the respective divisions.

BY _____

DATE _____

PERMIT NO. _____



ALTA / ACSM LAND TITLE SURVEY

A PORTION OF LOT 11 & ALL OF LOT 13 OF TRACT NO. 27192 IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 819 PAGES 31 AND 32 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.  EXCEPT THEREFROM THE NORTHERLY 10.00' OF LOT 11 (MEASURED AT RIGHT ANGLES).

SITE ADDRESS
20900 VICTORY BOULEVARD / 6455 DE SOTO AVENUE

1 STORY
RETAIL
CONCRETE TILT-UP, WOOD ROOF
TYPE 5

LOT 13
2.10 ACRES

VICTORY BOULEVARD

DE SOTO AVENUE

SCALE: 1"=20'

CC+R INC.
ENGINEERING

A1-1

JUN 3 2003

1105.02 - B4

REVISIONS    #
6/3/03



DEPARTMENT OF BUILDING AND SAFETY OF THE CITY OF LOS ANGELES

## APPROVED

This set of plans and specifications MUST be at job site during
construction. It is unlawful to alter or change same, or to divert
therefrom without approval from the Dept. of Building & Safety.

The stamping of this plan and specifications SHALL NOT be held to
permit or to be an approval of the violation of any provisions of any
City Ordinance or State Law.

This approval does not cover ELECTRICAL, PLUMBING, HEATING
or REFRIGERATION work. Separate approvals must be obtained from
the respective divisions.

BY _____

DATE _____

PERMIT NO. _____



NOTES:

1  REMOVE & REPLACE EXISTING AWNINGS

2  REPAIR, REPLASTER AND PAINT EXISTING STUCCO.

3  NEW ENTRY FACADE TO MATCH EXISTING.

(E) FACADE

(N) AWNING ABOVE
SEE:

(N) ENTRY FACADE FIRRED-OUT TO MATCH EXISTING
SEE:

AND SEE STRUCTURAL DRWGS.

(E) FACADE

ENLARGED PLAN
1/4" = 1'-0"

---

VICTORY BOULEVARD

312'
63'
10'
10'

TO CENTER LINE
CURB FACE
PROPERTY LINE

203'-7"
46'

(N) AWNING ABOVE SEE:
(N) AWNING ABOVE SEE:
(N) AWNING ABOVE SEE:
(N) AWNING ABOVE SEE:
(N) AWNING ABOVE SEE:

WATER
8'
5'
3'
3'

20920 Victory
DENNIS UNIFORM

20900 Victory
INTERNATIONAL GOLF

6465 DeSoto
INTERNATIONAL GOLF

1 STORY
RETAIL
CONCRETE TILT-UP, WOOD ROOF
TYPE 5

FOR CONSTRUCTION

6459 DeSoto
OFF THE BOLT

(N) ENTRY FACADE
TO MATCH EXISTING
SEE

6455 DeSoto
VALLEY TILE

6445 DeSoto
VALLEY TILE

(E) ENTRY FACADE
TYP.

DESOTO AVENUE

8'
45'
10'  10'
45'
5'

(N) AWNING ABOVE SEE:
(N) AWNING ABOVE SEE:
(N) AWNING ABOVE SEE:
(N) AWNING ABOVE SEE:
(N) AWNING ABOVE SEE:
(N) AWNING ABOVE SEE:

264'
323'

DRAIN
DRAIN
DRAIN
DRAIN

163'-9"
22'
42'-6"
80'
122'-6"
101'
123'-8"

6"

SITE PLAN
1/16" = 1'-0"

JUN  3 2003

---

REVISIONS

6/3/03

VICTORY DESOTO CENTER
20900 VICTORY BOULEVARD
LOS ANGELES, CA

Date  6/3/03
Drawn  TJS
Checked  CMB
Project No.
Drawing
PLANS

SHEET:

A3.0

1105.03 - B4

STRUCTURAL PLAN CHECK DIV.-BUILDING BUREAU
DEPARTMENT OF BUILDING AND SAFETY / CITY OF LOS ANGELES

# APPROVED

This set of plans and specifications MUST be at job site during
construction. It is unlawful to alter or change same, or to deviate
therefrom, without approval from the Dept. of Building & Safety.
The stamping of this plan and specifications SHALL NOT be held to
permit or to be an approval of the violation of any provisions of any
City Ordinance or State Law.
This approval does not cover ELECTRICAL, PLUMBING, HEATING
or REFRIGERATION work. Separate approvals must be obtained from
the respective divisions.

BY _____

DATE _____

PERMIT NO. _____





EAST ELEVATION
1/8" = 1'-0"          7

DETAIL
1" = 1'-0"          6

NORTH ELEVATION
1/8" = 1'-0"          5

FOR CONSTRUCTION

SECTION
1/4" = 1'-0"          4

SECTION
1/4" = 1'-0"          3

SECTION
1/4" = 1'-0"          2

ENLARGED PARTIAL ELEVATIONS
1/4" = 1'-0"          1

VICTORY DESOTO CENTER
20900 VICTORY BOULEVARD
LOS ANGELES, CA

SCALE: VARIES

Date    6/3/03
Drawn   TJS
Checked CMB
Project No.

Drawing
ELEVATIONS
SECTIONS
DETAIL

SHEET
A4.0

REVISIONS

1105.04 - B4

STRUCTURAL PLAN CHECK AND BUILDING PERMIT
DEPARTMENT OF BUILDING AND SAFETY, CITY OF LOS ANGELES

APPROVED

This set of plans and specifications must be kept on the building
site during construction. It is unlawful to make any changes or
alterations in the approved plans without first obtaining the
permission of the Department of Building and Safety.
The acceptance or approval of plans and specifications shall not
permit or be an approval of the violation of any provision of any
City ordinance or State law. BUILDING ELECTRICAL PLUMBING HEATING
☐ NO REGULATIONS work. Separate approvals must be obtained.

☐ In compliance with

BY _____
DATE _____
PERMIT NO _____











**Drawing 2 labels:**
- 8 SIM SD-1 7 PLACES
- 5 SD-1 7 PLACES
- 1'-6" MAX.
- 12'-0"
- 4 SD-1
- 20'-0"
- 1'-6"
- 12'-0"
- 21'-0"
- 13'-0"
- 9'-0"
- 4" x 4" 1/2" ANGLE TYP. @ EXTERIOR FRAME
- 1/2 - 12 GA STAINLESS STEEL WIRE CLOTH W/E 1/2" X 1/2" X 1/2" ALL AROUND EA. SECTION OF THE SCREEN TYP.

**Drawing 1 labels:**
- 3 SD-1
- 3'-4" MAX.
- 2 SD-1
- 1 SD-1
- 19'-0"
- 17'-0"
- 3'-0"
- 16'-0"

**Drawing 4 labels:**
- 10 SD-1 4 PLACES
- 1'-6" MAX.
- 14'-0"
- 20 GA. GALVANIZED SHEET METAL
- CEMCO 600 DLT 18 TYP. TOP & BOTTOM
- CEMCO 600XCS18 @ 24" O.C. TYP.
- LOCATION OF SIGN
- 8 SD-1 4 PLACES
- 12 SD-1 4 PLACES
- 9'-0"
- 8'-0"
- 14'-0"
- 21'-0"
- 20'-0"
- 11 SD-1 4 PLACES
- 6 SD-1
- 5 SD-1
- 7 SD-1
- 11'-0"
- (E) CONC. WALLS
- EXISTING S.O.G. NEW S.O.G.
- 1/2" DENSE GLASS OR 1/2" PLYWOOD TYP. UNDER STUCCO
- 6 SD-1 @ GROUND LEVEL
- CEMCO 600XCS18 @ 24" O.C. TYP.
- 12 SD-1 FIELD VERIFY

**Drawing 3 labels:**
- 1'-6" MAX.
- 8 SD-1 4 PLACES
- 9 SD-1 4 PLACES
- 4 SD-1 4 PLACES
- 11'-0"
- 3'-5"
- 6'-0"
- 3'-5"
- 8'-0"
- 14'-0"
- 3'-5"
- 3'-5"
- 21'-0"
- LOCATION OF SIGN

THESE DRAWINGS AND IDEAS SHALL REMAIN THE PROPERTY OF WAHBA F. WAHBA ENGINEERING, INC. AND NO PART THEREOF SHALL BE COPIED, DISCLOSED TO OTHERS OR USED IN CONNECTION WITH ANY WORK OR PROJECT OTHER THAN THE SPECIFIC PROJECT FOR WHICH THEY HAVE BEEN PREPARED AND DEVELOPED, WITHOUT THE EXPRESS WRITTEN PERMISSION OF WAHBA F. WAHBA ENGINEERING, INC.

**Title block:**

| REVISIONS | BY |
|---|---|
| COORDINATION 05/09/03 | |
| P.C.C.  05/30/03 | |

WAHBA F. WAHBA ENGINEERING, INC.
CONSULTING ENGINEERS - STRUCTURAL DESIGN
10541 SYLVIA AVENUE, NORTHRIDGE, CA. 91324
TEL: (818) 709-7598    FAX: (818) 709-1206

**VICTORY DESOTO CENTER**
20000 VICTORY BLVD.
LOS ANGELES, CALIFORNIA

ELEVATIONS
&
SECTIONS

| | |
|---|---|
| PROJECT # | 0310 |
| FILE # | 0310-S1 |
| DATE: | MAR. 21, 2003 |
| DRAWN BY : | M.D. |
| SCALE : | AS NOTED |
| SHEET # | |

**S-1**
1 OF 2

SCALE : 1/2" = 1'-0"

1105.05 - B4

STRUCTURAL PLAN CHECK DIV-BUILDING BUREAU
DEPARTMENT OF BUILDING AND SAFETY - CITY OF LOS ANGELES

# APPROVED

This set of plans and specifications MUST be at job site during
construction. It is unlawful to alter or change same, or to deviate
therefrom, without approval from the Dept. of Building & Safety.

The stamping of this plan and specifications SHALL NOT be held to
permit  or  to be an approval of the  violation of any provisions of any
City Ordinance or State Law.

This approval does not cover ELECTRICAL, PLUMBING, HEATING
or REFRIGERATION work. Separate approvals must be obtained from
the respective divisions.

BY _____

DATE _____

PERMIT NO. _____



CONNECTION @ STEEL FRAME WALL 10

SECTION @ OPENING 7

4

1

CONNECTION @ STEEL FRAME WALL 11

8

CONNECTION @ CONC. WALL 5

2

12

9

ENTRY EXTENSION 6

3

REVISIONS BY

COORDINATION 05/09/03

P.C.C. 05/30/03

WAHBA F. WAHBA ENGINEERING, INC.
CONSULTING ENGINEERS — STRUCTURAL DESIGN
10041 SYLVIA AVENUE, NORTHRIDGE, CA. 91324
TEL: (818) 700-7990    FAX: (818) 709-1206

VICTORY DESOTO CENTER
20900 VICTORY BLVD.
LOS ANGELES, CALIFORNIA

DETAILS

PROJECT #     0310
FILE #          0310-SD1
DATE:     MAR. 21, 2003
DRAWN BY:
SCALE : 1½" = 1'-0"
SHEET #

SD-1
2 OF 2

1105.06 - B4

STRUCTURAL PLAN CHECK CORRECTION BUREAU
DEPARTMENT OF BUILDING AND SAFETY, CITY OF LOS ANGELES

## APPROVED

This set of plans and specifications MUST be at all job site during
construction. It is unlawful to later or change same, or to deviate
therefrom, without approval from the Dept. of Building and Safety.
The stamping of these plans and specifications SHALL NOT be held to
permit or to be an approval of the violation of the provisions of any
City Ordinance or State Law.
The construction and other ELECTRICAL, PLUMBING, HEATING
and MECHANICAL work. Separate approvals must be obtained from
the Inspection Bureau.

BY _____

DATE _____

PERMIT NO. _____



APPROVED



DESIGN
■ elements

21230 ERWIN STREET
WOODLAND HILLS, CA 91367
MAIN 818.587.9100
FAX 818.587.9113



VICTORY BOULEVARD

DESOTO AVENUE

20900 VICTORY
INTERNATIONAL GOLF

20920 VICTORY
DENNIS UNIFORM

6454 DESOTO
OFF THE BOLT

6445 DESOTO
VALLEY TILE

**VICTORY DESOTO CENTER**

20900 Victory Blvd.
Woodland Hills, Ca 91367

Drawn by BURDITT
Scale 1/16" = 1'-0"
Date 6/5/03
Path Clients\

Review By/Date
Approval/Date

| Revision | Date |
|---|---|
| 1. | 0/00/01 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |
| 9. | |
| 10. | |

**PARKING PLAN**

Sheet:  A6.0

WARNING: EXPANSIVE SOIL

STRUCTURAL PLAN CHECK DIV.BUILDING BUREAU
DEPARTMENT OF BUILDING AND SAFETY, CITY OF LOS ANGELES
**APPROVED**

VICTORY DESOTO
CENTER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

**DEFENDANT'S NOTICE OF NO VIOLATION AND REMEDIATION**



# INSPECTION RECORD

**CITY LA DBS**

**DEPARTMENT OF BUILDING AND SAFETY**

For use by cashier only

03VN 31053
06/09/03 12:01:33
VN07 T-083097 C 16
03016-20000-09668

PERMIT # | 0 3 0 1 6 - 2 0 0 0 0 - 0 9 6 6 8

ADDRESS 20900 VICTORY BL

JOB DESCRIPTION EXTERIOR TI

## INSPECTION RECORDS AND PLANS MUST BE AVAILABLE WHEN REQUESTED

### GRADING INSPECTIONS

| TYPE | DATE | INSPECTOR |
|---|---|---|
| Initial Grading | | |
| Toe or Bottom | | |
| Soils Report Approved | | |

**DO NOT PLACE FILL UNTIL ABOVE IS SIGNED**

| | | |
|---|---|---|
| Backfill | | |
| Fill | | |
| Excavation | | |
| Drainage Devices | | |
| Rough Grading | | |
| Approved Compaction Report | | |

### FOOTING INSPECTIONS

| | | |
|---|---|---|
| Footing Excavation | | |
| Forms | | |
| Reinforcing Steel | | |
| OK to Place Footings | 6/19/03 | |

### GROUNDWORK INSPECTIONS

| | | |
|---|---|---|
| Electrical | | |
| Plumbing | | |
| Gas Piping | | |
| Heating & Refrigeration | | |
| Disabled Access | | |
| OK to Place Floor | | |

**DO NOT PLACE FLOOR UNTIL ABOVE IS SIGNED**

### ROUGH INSPECTIONS

| | | |
|---|---|---|
| Electrical | | |
| Electrical Life Safety | | |
| Plumbing | | |
| Fire Sprinkler | | |
| Heating & Refrigeration | | |
| Roof Sheathing | | |
| Framing | | |
| Insulation | | |
| Disabled Access | | |
| Elevator | | |
| Suspended Ceiling | | |
| OK to Cover | | |

### DO NOT COVER UNTIL PREVIOUS IS SIGNED

| | | |
|---|---|---|
| Exterior Lathing | | |
| Interior Lathing | | |
| Drywall DINSBRD | 6/19/03 | |
| OK to Cover Walls | 7-23-03 | |

**DO NOT COVER UNTIL ABOVE IS SIGNED**

### WORK OUTSIDE OF THE BUILDING

| | | |
|---|---|---|
| Electrical Underground | | |
| Gas | | |
| Heating & Refrigeration | | |
| Sewer | | |
| Disabled Access | | |

### POOL INSPECTIONS

| TYPE | DATE | INSPECTOR |
|---|---|---|
| Excavation | | |
| Reinforcing Steel | | |
| Bonding | | |
| Piping | | |
| Pre-Gunite | | |
| Deck | | |
| Enclosure/Fence | | |
| Pool/Spa Cover | | |
| OK to Fill Pool | | |

**DO NOT FILL POOL UNTIL ABOVE IS SIGNED**

### FINAL INSPECTIONS

| | | |
|---|---|---|
| Grading | | |
| Electrical | | |
| Electrical Life Safety | | |
| Plumbing | | |
| Gas | | |
| Gas Test | | |
| Heating & Refrigeration | | |
| Elevator | | |
| Fire Sprinkler | | |
| Disabled Access | | |
| LAFD (Title 19 only) | | |
| LAFD Fire Life Safety | | |
| Pool Final | | |
| AQMD sign-off provided | | |
| PROJECT FINAL | 11/12/03 | |

## FOR INSPECTION REQUESTS, PLEASE CALL
**1- (888) - LA-4-BUILD** (524-2845)

AQMD Sign-Off Required ☑ YES ☐ NO



# CITY OF LOS ANGELES
## DEPARTMENT OF BUILDING AND SAFETY
## STRUCTURAL OBSERVATION REPORT FORM

THIS REPORT INCLUDES ALL CONSTRUCTION WORK THROUGH __11th__ DAY OF __November__, __2003__

REPORT NO. _____
PAGE NO. ( 1 ) OF ( 1 )

| PROJECT ADDRESS 20900 Victory BL. | STRUCTURAL OBSERVER W.F. WAHBA | STRUC. OBS. PHONE NO. (818) 709-7590 |
|---|---|---|
| OWNER Turnberry Prop. | LIC. OR REGISTRATION NO. C-33667 | BUILDING PERMIT NO. 03016-20000-09668 |

| OBSERVED STRUCTURAL ELEMENTS AND THEIR CONNECTIONS | | | | LOCATION AND PORTIONS OF BLDG. | DATE |
|---|---|---|---|---|---|
| ☐-FOUNDATION | ☐-WALL | ☐-FRAMES | ☐-FLOOR | Concrete Connections | |
| ☐- FOOTINGS, SLAB & STEM WALLS | ☐-CONCRETE | ☐-STEEL MOMENT-SPECIAL | ☐-CONCRETE | for New Canopies. | |
| ☐-PRESTRESSED CONCRETE SLABS | ☐-MASONRY | ☐-STEEL MOMENT-ORDINARY | ☐-STEEL DECK | | |
| ☐-CAISSONS, PILES, GRADE BEAMS | ☐-WOOD | ☐-STEEL BRACED | ☐-WOOD | | |
| ☐-HILLSIDE BLDGS- SPECIAL FOUNDATION ANCHORS | ☐- | ☐-CONCRETE -DUCTILE | ☐- | | |
| ☐- | ☐- | ☐-CONCRETE-NON-DUCTILE | ☐- | | |
| ☐- | | | | | |
| ☐- | | | | | |
| ☐-  FINAL  OBSERVATION | | | | | |

OBSERVED DEFICIENCIES: ~~All work was completed to my satisfaction, the New Canopies are in general Conformance with the approved plans & specifications.~~

☐ DEFICIENCIES CONTINUED ON ATTACHED FORM (B&S 261 A)

I DECLARE THAT THE FOLLOWING STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF:

1. I AM THE REGISTERED ENGINEER OR LICENSED ARCHITECT WHO HAS RESPONSIBLE CHARGE FOR THE STRUCTURAL OBSERVATION
2. I, OR ANOTHER REGISTERED ENGINEER OR LICENSED ARCHITECT WHO I HAVE DESIGNATED ABOVE AND IS UNDER MY RESPONSIBLE CHARGE, HAS PERFORMED THE REQUIRED SITE VISITS AT EACH SIGNIFICANT CONSTRUCTION STAGE TO VERIFY IF THE STRUCTURE IS IN GENERAL CONFORMANCE WITH THE APPROVED PLANS AND SPECIFICATIONS;
3. ALL DEFICIENCIES WHICH I DOCUMENTED HAVE BEEN CORRECTED UNLESS OTHERWISE INDICATED ABOVE;
4. I UNDERSTAND THAT FINAL ACCEPTANCE OF THE STRUCTURAL SYSTEMS BY THE DEPARTMENT OF BUILDING AND SAFETY CANNOT OCCUR WITHOUT THE CORRECTION OF ALL OBSERVED DEFICIENCIES;
5. I AM RESPONSIBLE FOR THE SUBMISSION OF THE ORIGINAL OF THIS REPORT TO THE DEPARTMENT OF BUILDING AND SAFETY, CITY OF LOS ANGELES.
6. I HAVE PROVIDED STRUCTURAL OBSERVATION IN ACCORDANCE WITH THE REQUIREMENTS OF THE CITY OF LOS ANGELES.

SIGNED 11th OF Nov 2003 AT Woodland Hills, CA
DAY    MONTH    YEAR    CITY

WET SIGNATURE OF REGISTERED CIVIL OR STRUCTURAL ENGINEER OR LICENSED ARCHITECT

STAMP OF ENGINEER OR ARCHITECT

REGISTERED PROFESSIONAL
WAHBA F W
NO. 33667
exp. 6/30/06
STATE OF CALIFORNIA

**STRUCTURAL OBSERVATION DOES NOT WAIVE ANY OF THE REQUIREMENTS FOR BUILDING INSPECTION BY AUTHORIZED EMPLOYEES OF THIS DEPARTMENT**
DISTRIBUTION: STRUCTURAL OBSERVER TO SEND ORIGINAL TO THE BUILDING INSPECTOR'S OFFICE, ATTACH THE FIRST COPY TO THE APPROVED PLANS, AND KEEP SECOND COPY FOR STRUCTURAL OBSERVER'S RECORD AND DISTRIBUTIONS.
B&S 261 R. 12/95

Address of Building: 22900 VICTORY BL

Off-Site Fabricator: ................

Permit Number: O3016 20002 09668 Year: 2003

CITY OF LOS ANGELES
**DEPARTMENT OF
BUILDING AND SAFETY
BUILDING INSPECTION**

DATE OF THIS CERTIFICATE
7/22/03

**REGISTERED DEPUTY BUILDING INSPECTOR'S CERTIFICATE OF COMPLIANCE**

TO THE SUPERINTENDENT OF BUILDING: CITY INSPECTOR: _____

I hereby certify that the following portions of the work at the above address which required continuous inspection, and which I was employed to inspect, were inspected by me and comply with the provisions of the Building Code applicable thereto:

Type of inspection:

☐ Masonry ☐ ReBar Placement ☐ Concrete or Mixer
☐ Welding ☐ Concrete Placement ☐ Gunite
☐ Hi-Ten Bolts ☐ Tendon Placement ☑ Other EPOXY

Description and location of work completed: EPOXY ANCHOR INSTALLATION FOR CONNECTIONS OF NEW WINDOW SCREEN COVER. DRILLED HOLES HAVE BEEN VERIFIED FOR HOLE SIZE AND EMBEDMENT DEPTH. ALL HOLES ARE CLEANED AND EPOXY PLACED PROVIDING FULL COVERAGE TO EMBEDED BOLT.

LOCATION: 4 SCREENS NORTH ELEVATION
2 SCREEN EAST ELEVATION
ANCHORS: 3/4" Ø WITH 5" EMBEDMENT. EPCON A-7 EPOXY
ANCHORED TO EXISTING CONCRETE PANEL

Size of Structure .......................... Time Arrived ..........................

No. of Stories .......................... Time Left Job ..........................

Conc. Mix Design No. .................... Psi ............ Swimming Pool ..........................

I had sufficient time to inspect all materials used and placed.
I was not employed by the contractor, subcontractor or material vendor.

R00-9236 DIA
Registration No.

Employed By:

Lab. ..........................

Independent ☐

B & S B-94 (R. 10/86)

Signature Registered Deputy Building Inspector.

Johnny Cota
Print Full Name

Recyclable and made from recycled waste.

Address of
Building 20900 VICTORY BC

Off-Site
Fabricator

Permit
Number 03016-20000-09668 Year 2003

CITY OF LOS
DEPARTMENT
BUILDING AND
BUILDING INSPEC
DATE OF QUALIFICATES
7/29/03

**REGISTERED DEPUTY BUILDING INSPECTOR'S CERTIFICATE OF COMPLIANC**

## TO THE SUPERINTENDENT OF BUILDING: CITY INSPECTOR:

I hereby certify that the following portions of the work at the above addr required continuous inspection, and which I was employed to inspect, were in me and comply with the provisions of the Building Code applicable thereto:

Type of inspection:

| ☐ Masonry | ☐ ReBar Placement | ☐ Concrete or Mi: |
| ☐ Welding | ☐ Concrete Placement | ☐ Gunite |
| ☐ Hi-Ten Bolts | ☐ Tendon Placement | ☑ Other *EPoxy* |

Description and location of work completed: _INSTALLATION OF EPOXY_
_BOLTS FOR WINDOW SCREENS. DRILLED HOLES WERE VERIF_
_HOLE SIZE AND Embedment depth. All HOLES HAVE t_
_CLEANED WITH COMPRESSED AIR AND BRush. EPOXY WA_
_PROVIDING Full COVERAGE TO Embeded BOLT._

_LOCATION: FABRICATED STEEL WINDOW SCREEN, NORTH_
_ANCHORS: 3/4"∅ WITH 5" Embedment. EPOXY A-7 EP._

_SN SCREENS WITH 4-3/4"∅ ANCHOR EACH_

| Size of Structure .. | Time Arrived |
| No. of Stories | Time Left Job |
| Conc. Mix Design No. ...... Psi | Swimming Pool |

I had sufficient time to inspect all materials used and placed.
I was not employed by the contractor, subcontractor or material vendor.

_ROD-4236 DIA_
Registration No.

Employed By:

b. ...........

Signature - Registered Deputy Buildi

Independent ☐
B-94 (R. 10/86)

Johnny Com
Print Full Name
Recyclable and made from n

Address of Building 20900 VICTORY BC

Off-Site Fabricator ........................................................

Permit Number 03 016 -20000 - 09668 Year 2003

**CITY OF LOS ANG
DEPARTMENT OF
BUILDING AND SAF
BUILDING INSPECT**

DATE OF THIS CERTIFICATE 7/28/03

REGISTERED DEPUTY BUILDING INSPECTOR'S CERTIFICATE OF COMPLIANCE

TO THE SUPERINTENDENT OF BUILDING: CITY INSPECTOR: _____

I hereby certify that the following portions of the work at the above addre required continuous inspection, and which I was employed to inspect, were ins me and comply with the provisions of the Building Code applicable thereto:

Type of inspection:

☐ Masonry          ☐ ReBar Placement        ☐ Concrete or Mix
☐ Welding          ☐ Concrete Placement      ☐ Gunite
☐ Hi-Ten Bolts     ☐ Tendon Placement        ☑ Other EPOXY

Description and location of work completed: VISUAL INSPECTION OF ANCHOR INSTALLATION. DRILLED HOLES WERE VERIFIED F SIZE AND EMBEDMENT DEPTH. All HOLES HAVE BEEN CLEANE COMPRESED AIR AND BRUSH. EPOXY WAS PLACED PROVIDING COVRAGE TO EMBEDED BOLT. ANCHORED TO EXISTING C.C. PL

------------------------------------------------

LOCATION: FABRICATED WINDOW SCREEN ANCHORS ANCHORS: 3/4"∅ WITH 5" EMBEDMENT, EPCON A-7 E

------------------------------------------------

NORTH WALL 1-SCREEN, EAST WALL 5-SCREENS

------------------------------------------------
------------------------------------------------

Size of Structure .............................................    Time Arrived ...........................

No. of Stories ..................................................    Time Left Job ...................  .........

Conc. Mix Design No. ......................................... Psi ...............    Swimming Pool ...........................

I had sufficient time to inspect all materials used and placed.
I was not employed by the contractor, subcontractor or material vendor.

R00 - 4234 DIN
Registration No.

Employed By:

Lab. ................................................

Independent ☐

B & S B-94 (R. 10/86)

Signature · Registered Deputy Buildi

JOHNNY COTT
Print Full Name

Recyclable and made from r

Address of Building 20900 VICTORY BL

Off-Site Fabricator

Permit Number 03.016-20000-02668 Year 2003

CITY OF LOS AN... DEPARTMENT O... BUILDING AND S... BUILDING INSPECT...

DATE OF THIS CERTIFICATE 7/31/03

**REGISTERED DEPUTY BUILDING INSPECTOR'S CERTIFICATE OF COMPLIANCE**

TO THE SUPERINTENDENT OF BUILDING:  CITY INSPECTOR: _____

I hereby certify that the following portions of the work at the above addr... required continuous inspection, and which I was employed to inspect, were ins... me and comply with the provisions of the Building Code applicable thereto:

Type of inspection:

☐ Masonry  ☐ ReBar Placement  ☐ Concrete or Mix
☐ Welding  ☐ Concrete Placement  ☐ Gunite
☐ Hi-Ten Bolts  ☐ Tendon Placement  ☑ Other EPOXY

Description and location of work completed: INSTALLATION OF EPOXY drilled INTO EXISTING CONCRETE PANEL. Drilled Holes VERIFIED FOR HOLE SIZE AND EmbedmENT dEPTH. HOLES WE... WITH COMPRESED AIR AND BRUSH. EPOXY WAS PLACED PROVIC COVERAGE TO Embeded BOLT.

LOCATION: CUSTOM FABRICATE WINDOW SCREEN ANCHORS

ANCHORS: 3/4"∅ WITH 5" EmbEdmENT. EPCON A-7 E... ANCHORED TO EXISTING CONCRETE PANEL

EAST WALL 5 SCREENS

Size of Structure .............................  Time Arrived ...............
No. of Stories ...............................  Time Left Job .................
Conc. Mix Design No. ......................... Psi .............. Swimming Pool .............

I had sufficient time to inspect all materials used and placed.
I was not employed by the contractor, subcontractor or material vendor.

Registration No. B00-4234 N/A

Employed By:
Lab. ...........

Independent ☐

B & S B-94 (R. 10/66)

Signature - Registered Deputy Buildi...
Print Full Name  DANNY...
Recyclable and made from re...

Address of Building: 2 0900 V. Story
CITY OF LOS A

Off-Site Fabricator: Simpson SET 22
DEPARTMENT
BUILDING AND S/
BUILDING INSPEC

Permit Number: 03.016-20000-09668 Year
DATE OF THIS CERTIFICATE
6/11/03

REGISTERED DEPUTY BUILDING INSPECTOR'S CERTIFICATE OF COMPLIAN(

TO THE SUPERINTENDENT OF BUILDING: CITY INSPECTOR: _____

I hereby certify that the following portions of the work at the above addi required continuous inspection, and which I was employed to inspect, were in me and comply with the provisions of the Building Code applicable thereto:

Type of inspection:

☐ Masonry     ☐ ReBar Placement     ☐ Concrete or Mi
☐ Welding     ☐ Concrete Placement     ☐ Gunite
☐ Hi-Ten Bolts     ☐ Tendon Placement     ☒ Other ...

Description and location of work completed: ..........................................

Observed placing of 16 x 4 dow
as/detail (SD) & fax from eng dated
6/11/03 10:38 A.M.
Epoxy used Simpson SET 22 bata
#9783449 6, exp 6/03 LARR 2527
Holes were blown, brushed & reblo
before placing of epoxy.
Loc./@ entry way of store @ 6459 L

Size of Structure .. — ..............................................  Time Arrived 11:00 A.M.

No. of Stories ____1____  Time Left Job 12:00 n.o.

Conc. Mix Design No. ____—____ Psi ................  Swimming Pool ..—..

I had sufficient time to inspect all materials used and placed.
I was not employed by the contractor, subcontractor or material vendor.

P018928 RC/DIA
Registration No.

Employed By:
Lab. South west

Independent ☐

B & S B-94 (R. 10/86)

Signature - Registered Deputy Buildi

Richard Kern
Print Full Name

N⁰ 22515

**CITY OF LOS ANGELES**
**DEPARTMENT OF BUILDING AND SAFETY**
**CERTIFICATE OF REAPPROVAL**

This certifies that reapproval for one year is issued by the General Manager under the provisions of the Los Angeles Municipal Code as a

FABRICATOR/LWS/REBAR/#1541

Testing Agency ☐
Type I Fabricator ☒

Saumers Welding
20665 West Santa Clara
Canyon Country, CA 91351

VN 09 05 074569 04/04/03 11:24AM
CASHIER'S USE ONLY

Date _____ 4/1/03

Annual
Renewal Fee $ _____ 600.00

This Approval
Expires _____ 4/1/04

A. ICHAN

LADBS R-9 (6/01)

LADBS R-9 (6/01)

# Southwest Inspection and Testing, Inc.

10826 South Norwalk Blvd., Santa Fe Springs, CA 90670
(562) 941-2990 • (714) 526-8441 • Fax (562) 946-0026

W-2

## REGISTERED INSPECTORS'S DAILY REPORT

SWIT Job No. ____   Date 6/11/03

| TYPE OF INSPECTION REQUIRED | ☐ Reinforced Concrete ☐ Post Tensioned Concrete ☐ Reinforced Masonry | ☐ Structural Steel Assembly ☐ Fire Proofing ☐ Asphalt | ☐ Quality Control ☒ Other DIA |

Job Address 20900 Victory Av.   City Woodland Hills

Job Name Victory DeSoto Center   Permit No. 03OR-20003-09166   Issued By COLA

Type of Structure Frame   Architect Elissa Scarfano

Material Description (type, grade, source) Epoxy SET-22   Engineer Wahba & Wahba Eng.

Inspector(s) Name Richard Kern   Contractor Artner   Subcontractor ____

## TESTS PERFORMED

| TYPE OF SAMPLE | SLUMP | QUANTITY IN SET | ADDITIONAL REMARKS ON SAMPLES |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

INSPECTION SUMMARY — LOCATIONS OF WORK INSPECTED, TEST SAMPLES TAKEN, WORK REJECTED, JOB PROBLEMS, PROGRESS, REMARKS, ETC. INCLUDES INFORMATION ABOUT - AMOUNTS OF MATERIAL PLACED OR WORK PERFORMED, NUMBER, TYPE & IDENT. NO'S OF TEST SAMPLES TAKEN: STRUCT. CONNECTIONS (WELD MADE H.T. BOLTS TORQUED) CHECKED, ETC.

Observed placing of 16 #4 dowels as/
detail 5/6 & fax sion dwg dated 6/11/03  10:38
Simpson epoxy SET-22 batch #97834496
exp 7/03.  LARR 25-279
Loc.  entry way @ store @ 6459 DeSoto.
Holes were blown, brushed & reblown before
placing of epoxy.

### CERTIFICATION OF COMPLIANCE

I HEREBY CERTIFY THAT I HAVE OBSERVED TO THE BEST OF MY KNOWLEDGE ALL OF THE ABOVE REPORTED WORK UNLESS OTHERWISE NOTED, I HAVE FOUND THIS WORK TO COMPLY WITH THE APPROVED PLANS, SPECIFICATIONS, AND APPLICABLE SECTIONS OF THE GOVERNING BUILDING LAWS.

SIGNATURE OF REGISTERED INSPECTOR Richard Kern

SPECIALTY RC/DIA   NO. PO18298   AGENCY COLA

CONTINUED ON NEXT PAGE ☐   PAGE 1 OF 1

| TIME IN | TIME OUT | REG. HOURS | O.T. HOURS | CYLINDERS |
|---|---|---|---|---|
| 11:00 am | 12:15 pm | 4 | | |

All Inspections based on a minimum of 4 hours and over 4 hours - 8 hour minimum. In addition, any inspection extending past noon hour will be an 8 hour minimum.

Approved by ____

Project Superintendent

WHITE - OFFICE COPY, CANARY - ACCOUNTING COPY, PINK - INSPECTOR'S COPY, GOLDENROD - JOB SITE COPY

ved Fax : Jun 11 2003 10:31AM Fax Station : ARTNER CONSTRUCTION CO.
Case 2:20-cv-02199-AB-JPR Document 15 Filed 06/25/20 Page 30 of 43 Page ID #:90

JUN-14-2003 10:38          TURNBERRY PROPERTY MGMT          818 343 0721    P.01

JUN-11-2003  09:55          TURNBERRY PROPERTY MGMT          818 343 0721    P.01



MR WAHBA,

ARTNER WILL BE
USING SIMPSON SET
(L.A.R.R. 15279)
FOR IMBEDMENT.

WILL THIS BE SUFFICIENT.
PLEASE SIGN & FAX
TO ME, PAUL

a.k. SIMILAR TO Wall Conditions

CEMCO STEEL
FRAMING
(LARR# 24923)

#10 TAPMARK SCREWS BY
COMPASS INTERNATIONAL
@ 16" O.C.

#4 @ 16" O.C. E.W.

NEW | EXISTING

4"

#4 CONT.

12"

ENTRY EXTENSION

½" PLYWOOD
OR DENSE
GLASS

STUCO

CEMCO
600 DLT 18
TYP. TOP &
BOTTOM

WAHBA F. WAHBA ENG. INC.
SHOP DRAWING REVIEW
FOR GENERAL CONFORMANCE TO APPROVED
PLANS AND REQUESTED BUBBLED ITEMS ONLY.
ANY DEVIATION FROM PLANS AND SPECIFICATIONS
MUST BE SPECIFICALLY FLAGGED AND APPROVED
SEPARATELY.

☒ APPROVED
(ACCORDING TO THE ABOVE STATEMENT)

☐ MAKE CORRECTIONS

☐ REJECTED

TOTAL P.01

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT C

DEFENDANT'S NOTICE OF NO VIOLATION AND REMEDIATION



**G P**
**Architecture**
I N C

ARCHITECTURE
&   PLANNING

5301 N. COMMERCE AVE. SUITE D
MOORPARK, CALIFORNIA  93021
WWW . GPARCHITECTURE . COM
t. 805.552.9474

FEDERAL LAW PROHIBITS ANY REPRODUCTION OR
DUPLICATION OF THIS DOCUMENT WITHOUT THE
WRITTEN CONSENT OF GP ARCHITECTURE INC.
Copyright © 2012 GP Architecture, Inc.

# A D A   P A R K I N G   I M P R O V E M E N T S   F O R :

# V I C T O R Y   B L V D .   &   D E   S O T O   A V E .

## W O O D L A N D   H I L L S ,   C A   9 1 3 6 7

## PROJECT GENERAL NOTES

1. AT LEAST ONE ACCESSIBLE ROUTE SHALL BE PROVIDED WITHIN THE SITE FROM ACCESSIBLE PARKING SPACES AND ACCESSIBLE PASSENGER LOADING ZONES; PUBLIC STREETS AND SIDEWALKS; AND PUBLIC TRANSPORTATION STOPS TO THE ACCESSIBLE BUILDING OR FACILITY ENTRANCE THEY SERVE. WHERE MORE THAN ONE ROUTE IS PROVIDED, ALL ROUTES MUST BE ACCESSIBLE. (CBC 11B-206.2.1)

2. ACCESSIBLE PARKING SPACES SHALL COMPLY WITH SECTION 11B-502 IN ACCORDANCE WITH SECTION 11B-208.

3. ACCESSIBLE PARKING SPACES SERVING A PARTICULAR BUILDING SHALL BE LOCATED ON THE SHORTEST ACCESSIBLE ROUTE OF TRAVEL (COMPLYING WITH SECTION 11.B-206.3.1) FROM ADJACENT PARKING TO THE ACCESSIBLE ENTRANCES. TABLE 11B-208.2 ESTABLISHES THE NUMBER OF ACCESSIBLE PARKING SPACES REQUIRED (CBC 11.B-208.3).

4. ACCESSIBLE PARKING SPACE SHALL BE SO LOCATED THAT PERSONS WITH DISABILITIES ARE NOT COMPELLED TO WHEEL OR WALK BEHIND PARKED CARS OTHER THAN THEIR OWN. (CBC 11.B-502.7)

5. SURFACE SLOPES OF ACCESSIBLE PARKING SPACES AND ACCESS AISLES SHALL BE THE MINIMUM POSSIBLE AND SHALL NOT EXCEED ONE-UNIT VERTICAL IN 48 UNITS HORIZONTAL (2% SLOPE) IN ANY DIRECTION. (CBC 11.B-502.4)

6. EACH PARKING SPACE RESERVED FOR PERSONS WITH DISABILITIES. (CBC 11B-502.6) I. IDENTIFY BY A REFLECTORIZED SIGN PERMANENTLY POSTED IMMEDIATELY ADJACENT TO AND VISIBLE FROM EACH STALL OR SPACE WITH A SYMBOL OF ACCESSIBILITY.

7. ACCESSIBLE PARKING SPACE SHALL HAVE A SURFACE IDENTIFICATION BY OUTLINING A PROFILE VIEW OF A WHEELCHAIR WITH OCCUPANT IN WHITE ON BLUE BACKGROUND. THE PROFILE VIEW SHALL BE LOCATED SO THAT IT IS VISIBLE TO A TRAFFIC ENFORCEMENT OFFICER WHEN A VEHICLE IS PROPERLY PARKED IN THE SPACE AND SHALL BE 36"X36". (CBC 11.B502.6.4.1)

8. AN ADDITIONAL SIGN SHALL ALSO BE POSTED, IN A CONSPICUOUS PLACE, AT EACH ENTRANCE TO OFF-STREET PARKING FACILITIES, OR IMMEDIATELY ADJACENT TO AND VISIBLE FROM EACH STALL OR SPACE. THE SIGN SHALL BE NOT LESS THAN 17" BY 22" IN SIZE WITH LETTERING NOT LESS THAN 1" IN HEIGHT, WHICH CLEARLY AND CONSPICUOUSLY STATES THE FOLLOWING: (CBC 11.B-502.6) "UNAUTHORIZED VEHICLES PARKED IN DESIGNATED ACCESSIBLE SPACES NOT DISPLAYING DISTINGUISHING PLACARDS OR SPECIAL LICENSE PLATES ISSUED FOR PERSONS WITH DISABILITIES WILL BE TOWED AWAY AT THE OWNER'S EXPENSE. TOWED VEHICLES MAY BE RECLAIMED AT LOCAL POLICE DEPARTMENT."

9. WALKWAYS AND SIDEWALKS THAT ARE PART OF AN ACCESSIBLE ROUTE SHALL COMPLY WITH SECTION 11B-403.
A. THE RUNNING SLOPE OF A WALKING SURFACE SHALL NOT EXCEED ONE UNIT VERTICAL TO 20 UNITS HORIZONTAL (5% SLOPE) AND THE CROSS SLOPE SHALL NOT EXCEED ONE UNIT VERTICAL TO 48 UNITS HORIZONTAL (2% SLOPE). (CBC 11B-403.3).
B. WALKS AND SIDEWALKS SHALL BE A MINIMUM OF 48" IN WIDTH. (CBC 11B-403.5.1, EXCEPTION #3)
C. IF A WALK CROSSES OR ADJOINS A VEHICULAR WAY, AND THE WALKING SURFACES ARE NOT SEPARATED BY CURBS, RAILINGS, OR OTHER ELEMENTS BETWEEN THE PEDESTRIAN AREAS AND VEHICULAR AREAS, THE BOUNDARY BETWEEN THE AREAS SHALL BE DEFINED BY A CONTINUOUS DETECTABLE WARNING, WHICH IS 36" WIDE. (CBC 11B-247.1.2.5, 11.B705.1.2.5)

10. ALL ENTRANCES AND EXTERIOR GROUND-FLOOR EXITS TO BUILDINGS AND FACILITIES SHALL BE MADE ACCESSIBLE TO PERSONS WITH DISABILITIES IN ACCORDANCE WITH SECTION 11.B-206 A ENTRANCE DOORS, DOORWAYS AND GATES SHALL COMPLY WITH SECTION 11B-404 AND SHALL BE ON AN ACCESSIBLE ROUTE COMPLYING WITH SECTION 11B-402. (CBC 11 B-206.4)
A. THE LEVEL AREA (2% MAXIMUM SLOPE IN ANY DIRECTION) FOR MANEUVERING CLEARANCES AT DOORS SHALL HAVE A LENGTH IN THE DIRECTION OF DOOR SWING OF AT LEAST 60" AND THE LENGTH OPPOSITE THE DIRECTION OF DOOR SWING OF 48" AS MEASURED AT RIGHT ANGLES TO THE PLANE OF THE DOOR IN ITS CLOSED POSITION. (CBC 11B-404.2.4)
B. THE WIDTH OF THE LEVEL AREA ON THE SIDE TO WHICH THE DOOR SWINGS SHALL EXTEND 24 INCHES PAST THE STRIKE EDGE OF THE DOOR FOR EXTERIOR DOORS AND 18 INCHES PAST THE STRIKE EDGE FOR INTERIOR DOORS. (CBC 11 B-404.2.4) THE WIDTH OF THE LEVEL AREA ON THE SIDE TO WHICH DOOR SWINGS AWAY SHALL EXTEND 12 INCHES PAST THE STRIKE EDGE IF THE DOOR IS EQUIPPED WITH BOTH A LATCH AND A CLOSER. FOR INTERIOR DOORS. (CBC 11 B-404.2.4)

11. STAIRWAYS SHALL COMPLY WITH SECTION 11B-504 IN ACCORDANCE WITH SECTION 11.B-210.1. HANDRAILS FOR STAIRWAYS SHALL COMPLY WITH SECTION 11.B-505 IN ACCORDANCE WITH SECTION 11.B-504.6. PROVIDE DETAILED AND DIMENSIONED PLANS OF ACCESSIBLE STAIRWAYS SERVING THE AREA OF ALTERATION.
A. STAIR TREADS SHALL BE NO LESS THAN 11" DEEP, MEASURED FROM RISER. STAIR RISER HEIGHTS SHALL BE 7" MAXIMUM AND 4" MINIMUM. (CBC 11B-504.2)

## ABBREVIATIONS

| | | | |
|---|---|---|---|
| @ | AT | HVAC | HEATING/VEN LATING/ A/C |
| CL | CENTER LINE | HW-(R) | HOT WATER (RING |
| P | PENNY | INV | INVERT |
| # | POUND | INS'T | INSTALL |
| PL | PROPERTY LINE | LAM | LAMINATE |
| < | ANGLE | LAV | LAVATORY |
| AB | ANCHOR BOLT | LB | LAG BOLT |
| ADD'L | ADDITIONAL | LC | LAUNDRY CHUTE |
| AC | ASPHALTIC CONCRETE | LT | LIGHT |
| A/C | AIR CONDITIONING | MAS | MASONRY |
| ALUM | ALUMINUM | MAX | MAXIMUM |
| ANOD | ANODIZED | MAX | MAXIMUM |
| BD | BOARD | MB | MACHINE BOLT |
| BLDG | BUILDING | MECH | MECHANICAL |
| BLK(G) | BLOCK(ING) | MEMB | MEMBRANE |
| BN | BOUNDARY NAILING | MTL | METAL |
| BOT | BOTTOM | MFR | MANUFACTURER |
| CB | CATCH BASIN | MIN | MINIMUM |
| CI | CAST IRON | MISC | MISCELLANEOUS |
| CL | CEILING JOIST | N | NORTH |
| CLG | CEILING | NR | NEW |
| CLR | CLEAR | N.I.C | NOT IN CONTRACT |
| CMU | CONCRETE MASONRY UNIT | NO / # | NUMBER |
| CO | CLEAN OUT | N.T.S | NOT TO SCALE |
| CON | CONTINUOUS | OC | ON CENTER |
| CH | CONTINUOUS | OH | OVER HEAD OR OVER HEAD |
| CTSK | COUNTERSINK | OPNG | OPENING |
| DF | DOUGLAS FIR | PC | PLUMB LINE / PIER LINE |
| DIA | DIAMETER | PLAM | PLASTIC LAMINATE |
| DN | DOWN | PLAS | PLASTER |
| DS | DOWNSPOUT | PLYWD | PLYWOOD |
| DWG | DRAWING | P | PAINT/NUMBER SEE SPEC |
| E | EAST | PR | PAIR |
| EXIST(G) | EXISTING | PT | PRESSURE TREATED |
| EA | EACH | DG | DOUGLAS FIR |
| E.J | EXPANSION JOINT | RD | ROOF DRAIN |
| EL | ELEVATION | RH | ROUND HEAD |
| EMB | EMBEDMENT | RM | ROOM |
| EQ | EQUAL | RO | ROUGH OPENING |
| EQUIP | EQUIPMENT | RWD | REDWOOD |
| FAU | FORCED AIR UNIT | S | SOUTH |
| FBO | FURNISHED BY OWNER OR | S | SOUTH |
| | OTHERS, TO BE INST. BY G.C. | SH/NG | SHEATHING |
| FD | FLOOR DRAIN | SIM | SIMILAR |
| FEC | FIRE EXTING. (+ CABINET) | SPEC | SPECIFICATION |
| FF | FINISHED FLOOR | SQ | SQUARE |
| FG | FINISHED GRADE | STL | STAINLESS STEEL |
| FH | FLAT HEAD | STD | STANDARD |
| FIN | FINISH | T | TOP |
| FL | FLOW LEVEL | TC | TOP OF CURB OR |
| FLG | FLASHING | TOC | TOP OF CATCH BASIN |
| FLR | FLOOR | TOCB | TOP OF CATCH BASIN |
| FN | FACE NAILING | TG | T & G, TONGUE & GROOVE |
| FOC | FACE OF CONCRETE | TP | TOP OF PARAPET |
| FOF | FACE OF FINISH | TOW | TOP OF WALL |
| FOM | FACE OF MASONRY | TYP | TYPICAL |
| FOS | FACE OF STUD/PLATE | UNO | UNLESS NOTED OTHERWISE |
| FOS | FACE OF STUD | VCT | VINYL COMP. TILE |
| FT | FOOT OR FEET | VERT | VERTICAL |
| GA | GAUGE | VTR | VENT THRU ROOF |
| GALV | GALVANIZED | DF | DOUGLAS FIR |
| GC | GENERAL CONTRACTOR | VRF | VENT THRU ROOF |
| GYP | GYPSUM | W | WEST |
| HB | HOSE BIBB | WC | WATER CLOSET |
| HP | HORSE POWER | WP | WATER PROOFING |
| HTR | HEATER | WP | WATERPROOF |
| HDR | HEADER | | |

## SYMBOLS

(section reference, door symbol, key note, window symbol, plan check corrections, room number, equipment see legend, elevation sag, spot elevation, revision, change in elevation, fire extinguisher cabinet, slope indication, detail reference/sheet number, interior elevation, view number/sheet number, individual int. elev detail reference sheet number, view layout/view number/sheet number, column grid, center line)

## SEPARATE CLEARANCES REQ'D.

1. A SEPARATE APPLICATION AND PERMITS ARE REQUIRED FOR ELECTRICAL, MECHANICAL & PLUMBING MODIFICATIONS TO THE EXISTING SUITE.

2. A SEPARATE APPLICATION AND PERMITS ARE REQUIRED FOR SIGNS AND STORAGE RACKS. NON-FIXED AND MOVABLE FIXTURES, CASES, RACKS, COUNTER AND PARTITION UNDER 5'-9" IN HEIGHT IS EXEMPT FROM PERMIT REQUIREMENTS OF THE CODE BUT SHALL NOT BE DESIGED TO GRANT AUTHORIZATION FOR ANY WORK TO BE DONE IN ANY MANNER IN VIOLATION OF THE PROVISIONS OF THE CODE OR ANY OTHER LAWS OR ORDINANCES

3. SPRINKLER SYSTEM TO BE APPROVED BY FIRE DEPARTMENT PRIOR TO INSTALLATION. PLANS FOR MODIFICATIONS TO EXISTING FIRE PROTECTION SYSTEMS SHALL BE SUBMITTED TO THE FIRE PROTECTIONS DISTRICT FOR REVIEW AND APPROVAL PRIOR TO INSTALLATION OR WORK BEING STARTED

4. THE PROJECT CONTRACTOR SHALL, PROVIDE ALL MEASURES NECESSARY TO MAINTAIN BUILDING SAFEGUARDS, EXITS AND FIRE PROTECTION DEVICES. PROTECT AGAINST PROPERTY DAMAGE, WORKERS, PEDESTRIANS, AND OTHER PERSONS DURING EXCAVATION AND CONSTRUCTION OPERATIONS.

5. PROJECT MUST COMPLY WITH STATE WATER RESOURCES CONTROL BOARDS WASTE REDUCTION AND RECYCLING REQUIREMENTS. A WASTE MANAGEMENT PLAN (WMP) MUST BE SUBMITTED AND APPROVED PRIOR TO PERMIT ISSUANCE

## SCOPE OF WORK

**DESCRIPTION OF WORK:**
NEW ACCESSIBLE PATH OF TRAVEL FROM THE PUBLIC WAY AND NEW ACCESSIBLE PARKING STALLS.

### CODE ANALYSIS

**BUILDING CODES:** AS MODIFIED BY THE CITY OF LOS ANGELES BUILDING DEPARTMENT

CALIFORNIA BUILDING CODE, 2019 EDITION
CALIFORNIA ELECTRICAL CODE, 2019 EDITION
CALIFORNIA ENERGY CODE, 2019 EDITION
CALIFORNIA MECHANICAL CODE, 2019 EDITION
CALIFORNIA PLUMBING CODE, 2019 EDITION
CALIFORNIA GREEN BUILDING CODE, 2019 EDITION

**PROJECT DATA:**

| | |
|---|---|
| APN # | 2214 360 3029 |
| LOT / PARCEL AREA | 91.242.3 SF |
| TRACT | TR 27182 |
| LOT | 67 |
| ZONING | WC (COLLEGE SN) |

## PROJECT TEAM

**CLIENT CONTACT:**
TURNBERRY PROPERTY MANAGEMENT INC.
PAUL FARLEY
19921 VENTURA DRIVE,
TARZANA, CA 91356
T 818 . 342 . 1084
E turnberry@turnberrp.com

**ARCHITECT:**
GP ARCHITECTURE INC.
5301 N. COMMERCE AVE., SUITE D
MOORPARK, CA 93021
T 805 . 552 . 9474
E gp@GPArchitecture.com

## SHEET INDEX

| NO. | SHEET NAME | ISSUE DATE | CURRENT REVISION | REVISION DATE |
|---|---|---|---|---|
| 1. ARCHITECTURAL | | | | |
| A0.01 | COVER SHEET | 05/05/20 | | |
| A0.02 | GENERAL NOTES | 05/05/20 | | |
| A0.03 | ACCESSIBILITY GENERAL NOTES | 05/05/20 | | |
| A0.04 | ACCESSIBLE CURBS AND TRANSITIONS | 05/05/20 | | |
| A0.05 | ACCESSIBLE PARKING DETAILS | 05/05/20 | | |
| A0.07 | ACCESSIBILITY RAMP DETAILS | 05/05/20 | | |
| A0.08 | ACCESSIBLE DOOR DETAILS | 05/05/20 | | |
| A1.01 | PROPOSED SITE PLAN | 05/05/20 | | |

## VICINITY MAP



# V I C T O R Y   B L V D .   &   D E   S O T O   A V E .

## W O O D L A N D   H I L L S ,   C A   9 1 3 6 7
### 2022

CLIENT REVIEW (NOT FOR CONSTRUCTION)

| No | REVISION | DATE |
|---|---|---|
| | | |

**COVER SHEET**

| | |
|---|---|
| PROJECT NO : | 2022 |
| DATE | 5/13/20 |
| DRAWN | AA |
| CHECKED | GJP |

# A0.01

SCALE   As indicated

## POWER, SIGNAL, & DATA

1. THE GENERAL CONTRACTOR SHALL FURNISH AND INSTALL ALL LIGHT FIXTURES AND ELECTRICAL WORK AS SHOWN OR IMPLIED IN DRAWINGS AND NOTES.

2. THE GENERAL CONTRACTOR SHALL COORDINATE HIS WORK WITH MANUFACTURERS' SPECIFICATIONS AND REQUIREMENTS.

3. THE WORK SHALL BE INSTALLED IN STRICT ACCORDANCE WITH THE REQUIREMENTS OF THE NATIONAL BOARD OF FIRE UNDERWRITERS, PUBLIC UTILITIES COMPANY, OWNER'S AND LANDLORD'S TELEPHONE COMPANY, AND ALL OTHER AUTHORITIES HAVING JURISDICTION.

4. ALL NEW MATERIALS REQUIRED SHALL CONFORM TO THE STANDARDS OF UNDERWRITERS LABORATORIES, INC. IN EVERY CASE WHERE SUCH A STANDARD HAS BEEN ESTABLISHED.

5. THE MECHANICAL AND ELECTRICAL DRAWINGS ARE SUPPLEMENTARY TO THE ARCHITECTURAL DRAWINGS. IT IS THE CONTRACTOR'S RESPONSIBILITY TO CHECK DRAWINGS FOR COORDINATION PRIOR TO BIDDING AND AGAIN PRIOR TO INSTALLATION OF MECHANICAL AND ELECTRICAL WORK. ANY DISCREPANCY BETWEEN THE DRAWINGS SHALL BE BROUGHT TO THE ATTENTION OF ARCHITECT FOR CLARIFICATION. WORK INSTALLED IN CONFLICT WITH ARCHITECT'S DRAWINGS SHALL BE CORRECTED BY THE CONTRACTOR AT THE CONTRACTOR'S EXPENSE AND SHALL NOT IMPACT THE SCHEDULE.

6. REFER TO ENGINEERING DRAWINGS FOR CIRCUITING AND EXACT SPECIFICATIONS. MECHANICAL AND ELECTRICAL ENGINEERS' DRAWINGS ARE NOT INTENDED TO INDICATE EXACT LOCATIONS OF FIXTURES OR EQUIPMENT.

7. THE GENERAL CONTRACTOR SHALL FURNISH, INSTALL, AND COORDINATE ANY ELECTRICAL AND/OR LIGHTING ITEMS WITH CABINET WORK U.N.O. AS REQUIRED.

8. THE GENERAL CONTRACTOR IS REQUIRED TO BID AND INCLUDE TENANT VENDORS IN THEIR BASE BID. THE GENERAL CONTRACTOR SHALL COORDINATE REQUIREMENTS WITH THE TENANT'S VENDORS AS REQUIRED.

9. THE GENERAL CONTRACTOR SHALL PROVIDE ALL TEMPORARY ELECTRICAL SERVICE AND LIGHTING FOR ALL TRADES AS REQUIRED.

10. ALL ELECTRICAL AND TELEPHONE RECEPTACLES SHALL BE LOCATED IN CENTER OF WALL OR COLUMN IN WHICH THEY OCCUR, UNLESS OTHERWISE NOTED IN PLANS AND DETAILS. HEIGHT OF ALL RECEPTACLES ABOVE FINISH FLOOR SHALL BE 6" O.C., U.O.N.

11. ALL OUTLETS SHOWN BACK-TO-BACK IN PARTITION SHALL BE OFFSET THE MINIMUM DIMENSION REQUIRED (WITHOUT TOUCHING) TO AVOID BACK-TO-BACK INSTALLATION.

12. ALL TELEPHONE DATA AND POWER OUTLETS SHALL BE LOCATED 16" ABOVE FINISH FLOOR U.O.N. SECURITY KEYPADS AND CARD KEY TERMINALS SHALL BE LOCATED 46" ABOVE FINISH FLOOR U.O.N.

13. PROVIDE TELEPHONE DATA OUTLETS AS SHOWN ON ELECTRICAL AND TELEPHONE PLANS AND ALL NECESSARY CONDUIT RUNS TO TELEPHONE DATA EQUIPMENT AS REQUIRED. CONTRACTOR SHALL CONFIRM THE SIZE OF REQUIRED CONDUITS WITH TELEPHONE DATA CONTRACTOR AND TENANT PRIOR TO START OF WORK.

14. ALL DIMENSIONS ON ELECTRICAL AND TELEPHONE PLANS ARE TO CENTER LINE, U.O.N.

15. ALL ELECTRICAL AND TELEPHONE CONDUIT SHALL BE CONCEALED IN PARTITIONS AND/OR CEILINGS.

16. ALL CONDUIT, OTHER THAN THAT USED FOR ELECTRICAL OUTLETS AND JUNCTION BOXES, SHALL RECEIVE PULL WIRE INSTALLED BY THE CONTRACTOR.

17. PROVIDE SLEEVES IN RATED PARTITIONS ABOVE CEILING FOR TELEPHONE/DATA AND ELECTRICAL RUNS AS THEY OCCUR.

18. THE CONTRACTOR SHALL VERIFY THE CONDUIT SIZE REQUIRED FOR ALL TELEPHONE, ELECTRICAL, AND DATA LINES WITH APPROPRIATE ENGINEERS PRIOR TO COMING TO OBTAIN PROPER CORE HOLE SIZES.

19. LIGHT SWITCHES SHALL BE LOCATED WITHIN 6" OF DOOR JAMBS, U.O.N.

20. ALL LIGHT SWITCHES SHALL BE GANG PLATED WHERE APPLICABLE.

21. ALL LIGHT SWITCHES SHALL BE CIRCUITED AND INSTALLED TO COMPLY WITH WITH APPLICABLE LOCAL CODES AND STATE ENERGY REQUIREMENTS.

22. PROVIDE METER, METER LOOP, AND SERVICE IN ACCORDANCE WITH LOCAL POWER COMPANY STANDARDS.

23. PROVIDE POWER DISTRIBUTION TO ALL LIGHTING AND EQUIPMENT.

24. PROVIDE SERVICE AND CONNECTIONS FOR HVAC EQUIPMENT AND CONTROLS.

25. PROVIDE ALL PANELS, CUTTERS AND DISCONNECTS.

26. PROVIDE PANEL COMPLETE WITH TYPEWRITTEN DIRECTORY AND SPIT BARS FOR TIME-CONTROLLED CIRCUITS.

27. COORDINATE CONTROL WIRING WITH HVAC CONTRACTOR.

28. PROVIDE SERVICE, OUTLETS, OR CONNECTION AS REQUIRED FOR FIXTURES AND/OR EQUIPMENT FURNISHED AND INSTALLED BY OTHERS.

29. VERIFY TELEPHONE REQUIREMENTS AND TELEPHONE BOARD BOXES, RISERS, CIRCUITING, ETC. WITH APPROPRIATE CONSULTANT DRAWINGS.

## REFLECTED CLG. PLAN NOTES

1. THE GENERAL CONTRACTOR SHALL FURNISH AND INSTALL NEW ACOUSTICAL CEILING TILE AS INDICATED ON THE DRAWINGS.

2. BULKHEADS OR ANY OTHER TRANSITION IN CEILING HEIGHT CREATED BY THE INSTALLATION AND/OR ALTERATION OF HVAC DUCTS, PIPING, OR OTHER EQUIPMENT SHALL BE CONSTRUCTED OF GYPSUM BOARD ON METAL STUDS.

3. CEILING HEIGHTS AND DETAILING SHALL BE AS INDICATED IN DRAWINGS. GENERAL CONTRACTOR SHALL VERIFY CLEARANCES BETWEEN DUCTWORK, LIGHT FIXTURES, AND OTHER OBSTRUCTIONS IN THE CEILING PLENUM TO ASSURE THE FINISH CEILING HEIGHT. ANY DISCREPANCY OR HEIGHT OR DETAILING INDICATED SHALL BE SUBMITTED TO ARCHITECT FOR REVIEW.

4. ACCESS PANELS SHALL NOT BE INSTALLED IN GYPSUM BOARD CEILINGS. SYSTEMS AND EQUIPMENT REQUIRING ACCESS PANELS SHALL BE LOCATED ABOVE FROM AREAS WITH GYPSUM BOARD CEILINGS. IF THIS IS IMPOSSIBLE, CONTRACTOR SHALL COORDINATE TYPE AND LOCATION OF ACCESS PANELS WITH ARCHITECT PRIOR TO INSTALLATION.

5. PRIOR TO CLOSING CEILINGS, PLENUM SYSTEMS (HVAC, PLUMBING, ELECTRICAL, ETC.) SHALL BE INSPECTED AND TESTED AS REQUIRED BY CONTRACTOR'S ENGINEER AND BY AUTHORITIES HAVING JURISDICTION TO ENSURE PROPER INSTALLATION AND FUNCTIONALITY.

6. ALL JOINTS IN THE SUSPENDED CEILING TILE FIELD SHALL BE SQUARE, LEVEL, AND PERFECTLY ALIGNED WITH EACH OTHER AND WITH RECESSED LIGHT FIXTURES.

7. THE GENERAL CONTRACTOR SHALL PROVIDE CUTOUTS AND OTHER SPECIAL PROVISIONS IN ACOUSTICAL CEILING TILE AS REQUIRED FOR LIGHT FIXTURES, REGISTERS, DIFFUSERS AND OTHER INSERTED ITEMS.

8. ACOUSTICAL CEILING SHALL BE CONSTRUCTED IN ACCORDANCE WITH APPLICABLE CODES FOR FIREPROOF ASSEMBLIES.

9. THE GENERAL CONTRACTOR SHALL NOT BE REQUIRED TO OPEN ANY CEILINGS FOR TELEPHONE, SECURITY, OR COMPUTER DATA SYSTEMS INSTALLATION, REPAIR, OR RECONFIGURATION AFTER CEILINGS ARE CLOSED. IF SUCH WORK IS REQUIRED, THE GENERAL CONTRACTOR SHALL PROVIDE ASSISTANCE BY THE TENANT'S VENDOR.

10. THE GENERAL CONTRACTOR SHALL FURNISH AND INSTALL NEW LIGHT FIXTURES (COMPLETE WITH LAMPS) OF TYPES AND MANUFACTURERS SPECIFIED, AND PROVIDE EXISTING FIXTURES FOR RELOCATION AS INDICATED ON THE DRAWINGS. ALL EXISTING FIXTURES TO BE RELOCATED AND TO REMAIN SHALL BE REFURBISHED AS REQUIRED, CLEANED, AND RELAMPED.

11. ALL RECESSED FIXTURES SHALL BE SET FLUSH INTO CEILINGS.

12. UNLESS SPECIFICALLY DIMENSIONED, LIGHT FIXTURES SHALL BE LOCATED WITHIN THE CEILING GRIDS AS INDICATED ON THE REFLECTED CEILING PLANS. ALL CEILING FIXTURES IN GYPSUM BOARD CEILINGS SHALL BE SYMMETRICAL EXIT SIGNS SHALL BE CENTERED ON CEILING TILES, U.N.O.

13. CONTRACTOR SHALL VERIFY ALL EXISTING FIELD CONDITIONS AND DIMENSIONS AND NOTIFY ARCHITECT OF ANY DISCREPANCIES ADVERSELY AFFECTING THE LIGHTING DESIGN AND/OR INSTALLATION (INCLUDING CONFLICTS WITH STRUCTURE, MECHANICAL EQUIPMENT, DUCTWORK, ETC.) PRIOR TO PROCEEDING WITH THE WORK.

14. AT CONDITIONS OF INTERFERENCE BETWEEN DUCTWORK AND LIGHT FIXTURE, PROVIDE RECESSED WELL WITHIN DUCT TO ACCOMMODATE FIXTURE.

15. WHERE MORE THAN ONE SWITCH OCCURS IN THE SAME LOCATION, THEY SHALL BE INSTALLED IN GANG TYPE BOX UNDER ONE COVER PLATE U.N.O.

16. THE GENERAL CONTRACTOR SHALL PROVIDE ALL MECHANICAL ENGINEERING AND WORK AS REQUIRED INCLUDING INSTALLATION AND/OR RELOCATION OF HVAC SUPPLY AND RETURN GRILLES IN ACCORDANCE WITH APPLICABLE CODES. PLANS OF MECHANICAL VENTILATION SYSTEM SHALL BE SUBMITTED BY MECHANICAL CONTRACTOR AS REQUIRED.

17. THE GENERAL CONTRACTOR SHALL BE RESPONSIBLE FOR FIELD SUPERVISION OF ALL MECHANICAL WORK DURING INSTALLATION AND SHALL INSPECT ALL SYSTEMS FOR OPERATION AND CODE COMPLIANCE AT COMPLETION OF THE JOB.

18. LOCATE HVAC GRILLES TO MINIMIZE SOUND TRAVEL FROM ROOM TO ROOM. NOTIFY ARCHITECT OF ANY ANTICIPATED ACOUSTICAL PROBLEMS BEFORE START OF WORK.

19. THERMOSTATS SHALL BE MOUNTED @ +48" A.F.F.

20. FOR DETAILS AND SPECIFICATIONS OF LIGHTING FIXTURES, SWITCHES, PANEL BOXES, DIMMER CONTROLS, CIRCUITING, AIR CONDITIONING, DUCTWORK AIR SUPPLY/ DIFFUSERS, AIR RETURN GRILLES, JUMP DUCT, THERMOSTATS, SMOKE DETECTORS, ETC. REFER TO ELECTRICAL AND MECHANICAL ENGINEERING / SHOP DRAWINGS.

21. LATERAL SUPPORT SHALL BE PROVIDED FOR RIGID WIRES OF MIN. 12 GAUGE SPLAYED IN FOUR DIRECTIONS 90 DEGREES APART AND CONNECTED TO THE MAIN RUNNER WITHIN 2" OF THE CROSS RUNNER AND TO STRUCTURE ABOVE AT AN ANGLE NOT TO EXCEED 45 DEGREES FROM THE PLANE OF THE CEILING. THESE LATERAL SUPPORT POINTS SHALL BE PLACED 12'-0" O.C. IN EACH DIRECTION WITH THE FIRST POINT WITHIN 4' FROM EACH WALL.

22. ALLOWANCE SHALL BE MADE FOR LATERAL MOVEMENT OF THE SYSTEM. MAIN RUNNERS AND CROSS RUNNERS SHALL BE ATTACHED AT TWO ADJACENT WALLS WITH CLEARANCE BETWEEN THE WALL AND THE RUNNERS MAINTAINED AT THE OTHER TWO WALLS.

23. RECESSED LIGHT FIXTURES NOT EXCEEDING 56 LBS. AND PENDANT MOUNTED FIXTURES NOT EXCEEDING 20 LBS. MAY BE SUPPORTED BY ATTACHMENT DIRECTLY TO THE CEILING SYSTEM RUNNERS BY SCREWS, BOLTS, OR OTHER POSITIVE MEANS OF ATTACHMENT DIRECTLY TO THE CEILING SYSTEM RUNNERS BY SCREWS, BOLTS, OR OTHER POSITIVE MEANS OF ATTACHMENT.

24. HVAC DIFFUSERS NOT EXCEEDING 20 LBS. AND WHICH DO NOT INTERRUPT LOADING FROM EQUIPMENT OR DUCTWORK MAY BE SUPPORTED BY POSITIVE ATTACHMENT TO THE CEILING RUNNERS.

25. LIGHT FIXTURES AND HVAC DIFFUSERS IN EXCESS OF THESE MINIMUM WEIGHT REQUIREMENTS SHALL BE SUPPORTED BY WIRES ATTACHED DIRECTLY TO THE STRUCTURE ABOVE.

26. FIRE SPRINKLERS - PROVIDE COMPLETE SYSTEM INCLUDING, BUT NOT LIMITED TO PIPING, VALVES, SPRINKLER DROPS, AND SPRINKLER HEADS. USE REFLECTED CEILING PLANS FOR LAYOUT OF SPRINKLER HEADS. ALL SPRINKLER HEADS SHALL BE FULLY RECESSED (FLUSH TO CEILING).

27. SPRINKLER HEADS, LIFE SAFETY SPEAKERS, LOCAL SPEAKERS, CEILING DOORS, SMOKE DETECTORS CHIMES AND ALL OTHER CEILING FIXTURES SHALL BE CENTERED IN CEILING TILES (EQUALLY IN BOTH DIRECTIONS) AND INSTALLED AT EQUAL DISTANCE BETWEEN THE CORRIDOR WALLS U.N.O. IF TWO OR MORE SPRINKLER HEADS OCCUR IN ONE ROOM THEY SHALL BE ALIGNED WITH EACH OTHER.

28. WHERE APPROPRIATE, SMOKE DETECTORS PER ELECTRICAL ENGINEER'S DRAWINGS LOCATION AND QUANTITY OF SMOKE DETECTORS WITHIN TENANT SPACE SHALL BE DETERMINED BY THE FIRE DEPARTMENT.

29. WHERE CEILINGS ARE SPECIFIED TO BE OF FIRE RATED CONSTRUCTION, ALL RECESSED LIGHT FIXTURES, SPEAKERS ETC SHALL BE BOXED OUT ABOVE THE CEILING WITH A FIRE-RATED ENCLOSURE EQUAL TO THAT OF THE CEILING.

## FIRE DEP. NOTES

1. THE GENERAL CONTRACTOR SHALL SUPPLY AND INSTALL A PORTABLE FIRE EXTINGUISHER WITH A RATING OF NOT LESS THAN 2-A OR 2-A-10BC WITHIN 75'-0. TRAVEL DISTANCE TO ALL PORTIONS OF THE FLOOR, AND ANY ADDITIONAL FIRE EXTINGUISHERS AS REQUIRED BY FIRE DEPARTMENT FIELD INSPECTOR. FIRE EXTINGUISHERS SHALL BE ADEQUATELY ACCESSIBLE. FIELD VERIFY.

2. ALL INTERIOR FINISHES SHALL CONFORM WITH CBC CHAPTER 8.

3. DRAPES AND OTHER DECORATIVE MATERIALS SHALL BE FLAME RETARDANT. CERTIFICATION THEREOF SHALL BE PROVIDED. EXITS, EXIT LIGHTS, FIRE ALARM STATIONS, HOSE CABINETS AND EXTINGUISHERS LOCATIONS SHALL NOT BE CONCEALED BY DECORATIVE MATERIAL (CBC CHAPTER 8)

4. INTERIOR WALL AND CEILING FINISHES SHALL NOT EXCEED AN END POINT FLAME SPREAD OF 200 FOR ALL B OCCUPANCIES.

5. INTERIOR WALLS AND CEILING FINISHES FOR EXIT CORRIDORS AND STAIRWELLS SHALL NOT EXCEED A FLAME SPREAD CLASSIFICATION OF 75 (CLASS II).

6. ANY DECORATIONS WINDOW COVERINGS USED SHALL BE NON-COMBUSTIBLE OR FLAME -RETARDANT TREATED IN AN APPROVED MANNER.

7. EXIT SIGNS SHALL BE ELECTRICALLY ILLUMINATED AND THE TWO LAMPS SHALL BE ENERGIZED FROM SEPARATE CIRCUITS. ILLUMINATION SHALL NORMALLY BE PROVIDED BY THE PREMISES WIRING SYSTEMS. IN THE EVENT OF THIS SYSTEM'S FAILURE, ILLUMINATION SHALL BE AUTOMATICALLY PROVIDED FROM AN EMERGENCY SYSTEM. EITHER UNAVAILABLE OR WILL GIVE A VALUE OF ONE FOOTCANDLE AT FLOOR LEVEL (CBC CHAPTER 10).

8. PROVIDE EXIT SIGNS WITH MINIMUM 6" HIGH BLOCK LETTERS WITH 3/4" STROKE ON A CONTRASTING BACKGROUND. INDICATE THE LOCATION OF EXIT SIGNS ON PLANS (CBC CHAPTER 10).

9. EXIT PATH OF TRAVEL LIGHTING SHALL BE PROVIDED AT STAIRWAY, HALLWAY, EXIT PASSAGEWAY, AND EGRESS TO A PUBLIC WAY WHENEVER THE BUILDING IS OCCUPIED. PER CBC CHAPTER 10.

10. EMERGENCY LIGHTING SYSTEM IS REQUIRED AND MUST COMPLY WITH CBC CHAPTER 10.

11. SUBMIT THREE COMPLETE SETS OF PLANS TO DEPARTMENT OF BUILDING AND SAFETY AND COUNTY FIRE DEPARTMENT OR LOCAL FIRE PREVENTION DIVISION FOR THE ABOVE REQUIREMENTS. ONE SET DESIGNATED AS THE FIRE DEPARTMENT COPY.

12. PROVIDE AUTOMATIC FIRE EXTINGUISHING SYSTEM THROUGHOUT, ALTERATIONS TO THE AUTOMATIC FIRE SPRINKLER SYSTEM SHALL BE UNDER SEPARATE PERMIT FROM THE LOCAL FIRE PREVENTION DISTRICT. REFER TO SPRINKLER PLANS FOR APPLICATION AND FEES SHALL BE SUBMITTED AND PERMIT APPROVAL SHALL BE OBTAINED PRIOR TO COMMENCEMENT OF ANY WORK ON THE FIRE PROTECTION SYSTEM.

13. SPRINKLER SYSTEM SHALL BE APPROVED BY PLUMBING DIVISION OF LOCAL BUILDING DEPARTMENT PRIOR TO INSTALLATION (CBC CHAPTER 9)

14. ELEVATOR DOORS SHALL NOT OPEN DIRECTLY INTO ONE-HOUR CORRIDORS (CBC CHAPTER 30)

15. CORRIDORS SERVING AN OCCUPANT LOAD GREATER THAN 30 SHALL HAVE EXIT DOORS WITH PANIC HARDWARE. (CBC CHAPTER 10)

16. KEY-LOCKING HARDWARE MAY BE USED ON THE MAIN EXIT WHEN THE MAIN EXIT CONSISTS OF A SINGLE DOOR OR PAIR OF DOORS IF THERE IS A READILY VISIBLE DURABLE SIGN ON OR ADJACENT TO THE DOOR STATING "THIS DOOR TO REMAIN UNLOCKED DURING BUSINESS HOURS"

17. EXIT DOORS SHALL BE OPENABLE FROM THE INSIDE WITHOUT THE USE OF A KEY, TOOL, OR SPECIAL KNOWLEDGE OR EFFORT. SPECIAL LOCKING DEVICES SHALL BE AN APPROVED TYPE (CBC CHAPTER 10).

18. EXIT DOORS SHALL SWING IN THE DIRECTION OF EXIT TRAVEL WHEN SERVING AN OCCUPANT LOAD OF 50 OR MORE, AND IN ANY HAZARDOUS AREA OR GROUP H OCCUPANCY (CBC CHAPTER 10).

19. EXIT CORRIDORS, EXTERIOR EXIT BALCONIES, AND AISLES LEADING TO REQUIRED EXITS SHALL HAVE A MINIMUM WIDTH OF 44" (CBC CHAPTER 10).

19. AN EXIT WALKWAY WITH A MINIMUM WIDTH OF 44" SHALL BE MAINTAINED CONTINUOUSLY TO A PUBLIC WAY (CBC CHAPTER 10). EXIT PATHS OR WALKWAYS TO PUBLIC WAY SHALL BE CLEARLY DELINEATED BY PAINTED LINES, RAILINGS, BARRIER POSTS, WALLS, OR OTHER APPROVED MEANS.

20. GLAZING INSTALLED IN ONE-HOUR CORRIDOR MUST BE WIRED GLASS IN STEEL FRAMES AND SHALL NOT EXCEED 25% OF CORRIDOR/ROOM COMMON WALL.

21. FIRE DAMPERS OR DOORS SHALL BE PROVIDED WHERE HVAC DUCTS PENETRATE FIRE-RATED WALLS OR CEILINGS.

## PARTITION NOTES

1. THE CONTRACTOR SHALL FURNISH AND INSTALL ALL INTERIOR PARTITIONS INDICATED ON THE DRAWINGS.

2. PARTITION DIMENSIONS ARE FINISH FACE TO FINISH FACE U.N.O. CENTER LINE OF PARTITION SHALL ALIGN WITH CENTER LINE OF MULLION WHERE OCCURS U.N.O.

3. PARTITIONS SHOWN ALIGNED WITH EXISTING COLUMNS, WALLS AND BUILDING ELEMENTS SHALL BE INSTALLED FLUSH AND SMOOTH WITH SUCH BUILDING ELEMENTS.

4. ALL PARTITIONS SHALL BE ANCHORED PER MANUFACTURER'S SPECIFICATIONS AND AS REQUIRED BY C.B.C.

5. THE CONTRACTOR SHALL SUPPLY ALL RETURN AIR OPENINGS IN SLAB TO SLAB PARTITIONS ABOVE CEILINGS AS REQUIRED BY MECHANICAL ENGINEER. ALL OPENINGS IN DEMISING AND SOUND-ATTENUATED PARTITIONS SHALL HAVE SOUND BOOTS AND ALL OPENINGS IN FIRE-RATED PARTITIONS SHALL HAVE FIRE DAMPERS AS REQUIRED BY LOCAL BUILDING CODES. CONTRACTOR SHALL COORDINATE WITH ENGINEERING DRAWINGS AND INFORM ARCHITECT OF DISCREPANCIES.

6. THE CONTRACTOR SHALL PROVIDE SUFFICIENT FRAMING IN PARTITIONS FOR ALL DUCT WORK, RETURN AIR OPENINGS AND GRILLS ABOVE AND BELOW CEILINGS SHALL BE COORDINATED WITH MECHANICAL ENGINEERING DRAWINGS AND MECHANICAL CONTRACTOR'S WORK. OPENINGS ABOVE CEILING SHALL NOT BE PROPERLY SEALED FOR SOUNDPROOFING AND AGAINST VIBRATION.

7. THE CONTRACTOR SHALL PROVIDE AND INSTALL ACCESS PANELS AS REQUIRED FOR MECHANICAL, ELECTRICAL, AND PLUMBING INSTALLATIONS PER APPLICABLE BUILDING CODES.

8. ARCHITECT SHALL HAVE THE RIGHT TO REVIEW AND APPROVE CHALK LINES PRIOR TO INSTALLATION OF TRACKS. ARCHITECT SHALL BE NOTIFIED OF ANY DISCREPANCIES BETWEEN DIMENSIONS OR CLEARANCE INDICATED ON DRAWINGS AND EXISTING CONDITIONS.

9. THE CONTRACTOR SHALL FURNISH AND INSTALL ALL PLUMBING ROUGH-IN WORK FOR ALL FIXTURES.

10. THE CONTRACTOR SHALL PROVIDE AND INSTALL ALL MATERIALS IN STRICT COMPLIANCE WITH THE MANUFACTURER'S RECOMMENDATIONS.

10. THE PLUMBING SUBCONTRACTOR SHALL FURNISH AND INSTALL ALL VALVES AS INDICATED IN THE DRAWINGS AND/OR AS REQUIRED FOR THE PROPER CONTROL OF THE PIPING AND APPARATUS INSTALLED AS PART OF THE PROJECT. SO THAT ANY FIXTURE, LINE, OR APPARATUS MAY BE CUT OFF AND REPAIRED OR REMOVED FROM THE SYSTEM WITHOUT DISRUPTING THE SERVICE OF THE REMAINDER OF THE SYSTEM.

11. PROVIDE ALL NECESSARY BLOCKING, BACKING AND FRAMING FOR ALL EQUIPMENT AND FIXTURES AS REQUIRED.

12. WHERE LARGER STUDS OR FURRING ARE REQUIRED TO COVER DUCTS, PIPING AND CONDUITS, THE LARGER STUD SIZE OR FURRING SHALL EXTEND THE FULL SURFACE OF THE WALL WIDTH AND LENGTH WHERE THE FURRING OCCURS, UNLESS NOTED OTHERWISE.

## GENERAL NOTES

25. PROVIDE ALL NECESSARY BLOCKING, BACKING AND FRAMING FOR ALL EQUIPMENT AND FIXTURES AS REQUIRED. WHERE LARGER STUDS OR FURRING ARE REQUIRED TO COVER DUCTS, PIPING AND CONDUITS, THE LARGER STUD SIZE OR FURRING SHALL EXTEND THE FULL SURFACE OF THE WALL WIDTH AND LENGTH WHERE THE FURRING OCCURS, UNLESS NOTED OTHERWISE.

26. ALL WORK LISTED, SHOWN, OR IMPLIED ON ANY CONTRACTION DOCUMENT SHALL BE SUPPLIED AND INSTALLED BY THE GENERAL CONTRACTOR U.N.O.

27. ALL MATERIALS AND WORKMANSHIP SHALL BE GUARANTEED FOR A PERIOD OF ONE YEAR FROM THE ACCEPTANCE OF THE PROJECT BY THE OWNER, UNLESS STATED OTHERWISE.

28. GENERAL CONTRACTOR SHALL ENSURE THAT INSTALLATION METHODS CONFORM TO ALL BUILDING CODE REQUIREMENTS. THE MATERIALS SPECIFIED ARE INTENDED TO MEET CODE REQUIREMENTS. ANY DISCREPANCY BETWEEN THE CONSTRUCTION DOCUMENTS AND CODE REQUIREMENTS SHALL BE BROUGHT TO THE ATTENTION OF ARCHITECT IMMEDIATELY BY THE CONTRACTOR, AND PRIOR TO PERFORMANCE OF SPECIFIED WORK.

29. NO SUBSTITUTIONS OF SPECIFIED MATERIALS SHALL BE PERMITTED WITHOUT FIRST SUBMITTING SPECIFICATIONS, SAMPLES, AND COST IMPACT FOR ARCHITECT'S APPROVAL.

30. AT THE TIME OF BID SUBMITTAL, THE CONTRACTOR SHALL ADVISE ARCHITECT / OWNER, IN WRITING, OF ANY SPECIFIED MATERIALS OR EQUIPMENT WHICH ARE EITHER UNAVAILABLE OR WILL CAUSE A DELAY IN THE COMPLETION OF CONSTRUCTION.

31. THE GENERAL CONTRACTOR SHALL PROVIDE AND INSTALL ROUGH PLUMBING AND FINAL HOOKUP FOR ALL SPECIFIED FIXTURES AND APPLIANCES AND SHALL SUPPLY ALL SUCH FIXTURES AND APPLIANCES U.N.O.

32. THE GENERAL CONTRACTOR SHALL VERIFY REQUIRED LOCATION OF ALL NECESSARY ACCESS PANELS IN PARTITIONS, FLOORS, OR CEILINGS AND COORDINATE EXACT LOCATIONS WITH OWNER / TENANT AND ARCHITECT PRIOR TO INSTALLATION.

33. THE GENERAL CONTRACTOR SHALL PROVIDE ALLOWANCE FOR APPLIANCES, U.N.O.

34. THE GENERAL CONTRACTOR SHALL LEAVE THE BUILDING IN A CLEANABLE CONDITION DURING THE PERIOD OF CONSTRUCTION FROM THE CONTRACTOR'S WORKMEN ARE NOT PRESENT AT THE JOBSITE.

35. THE GENERAL CONTRACTOR SHALL DEACTIVATE ALL UTILITY LINES IN CONTRACT AREA PRIOR TO START OF WORK AS NECESSARY, AFTER SECURING OWNER'S PERMISSION.

36. THE GENERAL CONTRACTOR SHALL PATCH, REPAIR, REPLACE, AND/OR REFINISH EXISTING CONSTRUCTION AS NECESSARY TO REFURBISH THE AREA OF WORK. THE GENERAL CONTRACTOR SHALL NOT BE RESPONSIBLE FOR DAMAGES IN CASES SPECIFICALLY NOTED AS "NOT IN CONTRACT."

37. THE PROJECT SHALL COMPLY WITH CBC CHAPTER 11 DISABLED ACCESSIBILITY REQUIREMENTS AT ENTRANCE, PATH OF TRAVEL TO AREA OF WORK, RESTROOMS, ETC.

38. REVISIONS OR ADDITIONAL WORK REQUIRED BY THE OWNER / TENANT, FIELD CONDITIONS, OR LOCAL GOVERNING AUTHORITIES SHALL BE BROUGHT TO THE ATTENTION OF THE OWNER AND ARCHITECT BEFORE PROCEEDING, REGARDLESS OF COST, TIME, OR MATERIALS INCREASE.

39. ANY DEVIATION OR AGREEMENT WITH THE OWNER/TENANT. THE GENERAL CONTRACTOR REPRESENTS THAT HE HAS VISITED THE JOB SITE, IS FAMILIAR WITH LOCAL CONDITIONS UNDER WHICH THE WORK IS TO BE PERFORMED, AND HAS CORRELATED HIS PERSONAL OBSERVATIONS WITH THE REQUIREMENTS OF THE CONTRACT DOCUMENTS.

40. ANY AND ALL PROPOSED REVISIONS SHALL BE SUBMITTED IN THE FORM OF A WRITTEN CHANGE ORDER TO BE APPROVED AND AUTHORIZED BY ARCHITECT AND THE OWNER PRIOR TO START OF PROPOSED WORK.

41. BEFORE FINAL ACCEPTANCE BY THE OWNER, THE COMPLETED CONSTRUCTION PROJECT SHALL BE CLEANED, LABELED REMOVED, AND ALL OTHER TRASH AND CLEANED.

42. THE GENERAL CONTRACTOR SHALL PROVIDE ALL CONSTRUCTION WILL LIFE SAFETY EQUIPMENT AS REQUIRED BY LOCAL BUILDING CODES.

43. FIRE SPRINKLER SUBCONTRACTOR SHALL DESIGN AND PROVIDE CERTIFIED SPRINKLER DRAWINGS FOR ARCHITECT'S APPROVAL.

44. THE GENERAL CONTRACTOR SHALL HOLD HARMLESS THE TENANT, BUILDING OWNER, ARCHITECT, AND THEIR REPRESENTATIVES OF ANY LEGAL ACTION ARISING AS A RESULT OF THE CONTRACTOR'S WORK.

45. THE GENERAL CONTRACTOR SHALL PROVIDE THREE (3) SETS OF SHOP DRAWINGS TO ARCHITECT FOR DESIGN APPROVAL AFTER HE HAS REVIEWED THEM FOR CONSTRUCTABILITY, COORDINATION BETWEEN TRADES, AND COMPLIANCE WITH THE CONTRACT DOCUMENTS.

46. THE GENERAL CONTRACTOR SHALL SUBMIT SAMPLES OF FINISH MATERIALS TO ARCHITECT FOR OWNER / TENANT'S APPROVAL PRIOR TO INSTALLATION OF SPECIFIED CONSTRUCTION. SHALL BE APPROVED IN ADVANCE OF THE FINISH MATERIALS, FINISHES, AND COLORS CONTRACTED FOR THIS PROJECT.

47. DAMAGE TO ANY WORK SHALL BE REPAIRED BY THE TRADE WHOSE WORK IS DAMAGED AND SHARED TO THE SATISFACTION OF THE ARCHITECT.

48. THE GENERAL CONTRACTOR SHALL PROVIDE ADEQUATE PROTECTION, WATER-RESISTANT GYPSUM BOARD IN ALL TOILETS AND SHOWER ROOMS.

49. CONTRACTOR TO INFORM THE OWNER / ARCHITECT WHEN CHALK LINE LAYOUT OF PARTITIONS IS COMPLETED SO THAT IT CAN BE VERIFIED AND ANY REQUIRED CHANGES MADE PRIOR TO CONSTRUCTION.

50. THE GENERAL CONTRACTOR SHALL BE SUPPLIED AND INSTALLED BY PLUMBING SUBCONTRACTOR. PLUMBING SUBCONTRACTOR SHALL OBTAIN ALL NECESSARY INFORMATION ON REQUIRED CUTOUTS AND OPENINGS.

51. THE GENERAL CONTRACTOR SHALL COORDINATE ALL WORK TO BE PERFORMED FOR ALL CABLING, CHASING, AND STORING OF SAME ACTIVITIES FOR THE WORK OF THIS CONTRACT.

52. IF THE GENERAL CONTRACTOR CLAIMS THAT ANY REVISION TO THE DRAWINGS CONSTITUTES ADDITIONAL WORK UNDER THE GENERAL CONTRACTOR'S WORK INSTRUCTIONS AND IN ANY EVENT, BEFORE PROCEEDING TO EXECUTE THE WORK, THE PROPOSED CHANGE SHALL BE SUBMITTED TO ARCHITECT FOR REVIEW AND APPROVAL, THE GENERAL CONTRACTOR IS NOT ENTITLED TO ANY ADDITIONAL COMPENSATION UNLESS OTHERWISE AGREED. NO EXTRA COSTS OR CONSTRUCTION SETTLEMENT.

53. GENERAL CONTRACTOR SHALL INSTALL A DETAILED CONSTRUCTION SCHEDULE TO THE ARCHITECT/OWNER INDICATING PHASES OF WORK FROM START TO FINISH OF THE PROJECT.

54. DO NOT SCALE DRAWINGS. DIMENSIONS GOVERN. UNLESS NOTED OTHERWISE, ALL DIMENSIONS ARE TO FACE OF STUD, FACE OF CONCRETE, OR CENTERLINE OF COLUMN.

## GENERAL NOTES (CONTINUED)

1. THE WORKING DRAWINGS SHOW THE GENERAL SCOPE OF THE PROJECT IN TERMS OF ARCHITECTURAL DESIGN CONCEPT AND MAJOR ARCHITECTURAL ELEMENTS. REFER TO CIVIL, STRUCTURAL, MECHANICAL AND ELECTRICAL ENGINEERING / SHOP DRAWINGS FOR ADDITIONAL INFORMATION.

2. MINOR DETAILS THAT MAY BE OMITTED FROM THE DRAWINGS SHALL COMPLY WITH THE REQUIREMENTS OF MUNICIPAL, LOCAL, OR FEDERAL CODES, AND BE REASONABLY INFERRED AS BEING PART OF THE WORK AND BE IN CONFORMANCE WITH INDUSTRY STANDARD. THESE DETAILS SHALL BE CONSTRUED AS BEING PART OF THE WORK AND ARE NOT SPECIFIED ON THE DRAWINGS.

3. WHERE THE CONTRACT NOTES OR DRAWINGS CALL FOR ANY WORK OF A MORE STRINGENT NATURE THAN THAT REQUIRED BY THE BUILDING CODE OR ANY OTHER DEPARTMENT HAVING JURISDICTION OVER THE WORK, THE WORK OF THE MOST STRINGENT NATURE SHALL GOVERN AND BE PERFORMED. UNLESS OTHERWISE SPECIFIED. ANY PROPOSED CHANGES BY THE CONTRACTOR SHALL BE SUBMITTED AS CHANGE ORDERS. NO EXTRA COSTS WILL BE ALLOWED WITHOUT PRIOR WRITTEN APPROVAL.

4. THE GENERAL CONTRACTOR (SUB-CONTRACTOR) SHALL OBTAIN AND PAY FOR ALL LEGALLY REQUIRED PERMITS AND A PERMIT NUMBER FOR THE INSTRUCTION AND COMPLETION OF THE WORK AND TO CALL FOR INSPECTIONS.

5. THE CONTRACTOR IS WHOLLY RESPONSIBLE FOR THE COORDINATION AND SCHEDULING OF THE WORK FOR ALL SUBS, CRAFTSMEN, AND TRADESMEN REQUIRED TO COMPLETE THE JOB.

6. THE CONTRACTOR SHALL NOTIFY ARCHITECT IMMEDIATELY IF HE CANNOT COMPLY WITH ALL REQUIREMENTS ON THE CONTRACT DOCUMENTS.

7. THE GENERAL CONTRACTOR AND ALL SUBCONTRACTORS SHALL VERIFY ALL EXISTING CONDITIONS AND DIMENSIONS PRIOR TO BEGINNING WORK OR ORDERING MATERIALS. THE GENERAL CONTRACTOR SHALL NOTIFY ARCHITECT OF ANY DEVIATION FROM THE ARCHITECTS DRAWINGS. ANY DISCREPANCIES BETWEEN THE DRAWINGS AND / OR FIELD CONDITIONS BEFORE BEGINNING ANY WORK.

8. THE GENERAL CONTRACTOR AND SUB-CONTRACTORS SHALL CHECK AND VERIFY ALL DIMENSIONS AND CONDITIONS AT JOB SITE RELATING TO THE WORK OF EACH TRADE. NO DIMENSIONS SHALL BE SCALED FROM THE DRAWINGS. IN THE EVENT OF ANY ERROR OR OMISSION, NOTIFY ARCHITECT AT ONCE AND PRIOR TO THE TIME DUE TO CONTRACTOR'S FAILURE OR NEGLIGENCE IN COMPLETELY EXAMINING THE DRAWINGS.

9. ALL CONTRACTORS SHALL CONTRACT COMMUNICABLE MANAGEMENT TO DETERMINE THE BUILDING OWNER'S RULES FOR BUILDING ACCESS, ON-SITE PARKING, ON-SITE STORAGE, ELEVATOR USE, HOURS DURING WHICH WORK MAY BE PERFORMED, AND ANY OTHER SPECIAL BUILDING REQUIREMENTS, WHICH WILL AFFECT THE WORK. IF OVERTIME WORK IS REQUIRED BY THE GENERAL CONTRACTOR, THE GENERAL CONTRACTOR IS NOT ENTITLED TO ANY ADDITIONAL COMPENSATION UNLESS SPECIFICALLY APPROVED, AND PAID FOR NOISE-GENERATING CONSTRUCTION SHALL BE PERFORMED ON NON-REGULAR TIMES.

10. THE GENERAL CONTRACTOR, SUB-CONTRACTORS, AND ANY OTHER CONTRACTOR INVOLVED IN THIS PROJECT SHALL TAKE NOTE THAT ANY COSTS DUE TO DEFECTIVE WORKMANSHIP, OR AS A RESULT OF, OR IN CONNECTION WITH THE WORK WITH MATERIALS AND/OR IMPROPER SCHEDULING ON, OR DELINQUENT ORDERING, SHALL BE BORNE BY THE GENERAL CONTRACTOR SUBCONTRACTOR RESPONSIBLE.

11. THE GENERAL CONTRACTOR SHALL REMOVE ALL RUBBISH AND WASTE MATERIALS FROM HIS OWN AND ALL SUB-CONTRACTORS' WORK, CARRY AWAY FROM THE BUILDING AND LEGALLY DISPOSE OF. THE GENERAL CONTRACTOR SHALL INSTALLATION, AND PROVIDE FOR ITS DISPOSAL.

12. THE CONTRACTOR SHALL EXERCISE STRICT DUST CONTAINMENT CONTROL TO PREVENT DIRT OR DUST FROM LEAVING THE JOBSITE.

13. THE GENERAL CONTRACTOR SHALL PROVIDE PROTECTION DURING SITE WORK, DEMOLITION, AND CONSTRUCTION, IN ACCORDANCE WITH APPLICABLE CBC CHAPTER 16. THE GENERAL CONTRACTOR AND SUB-CONTRACTORS SHALL PROTECT ALL AREAS FROM DAMAGE DUE WATER/MOISTURE DURING CONSTRUCTION. ANY DAMAGE TO NEW OR EXISTING CONSTRUCTION, STREETS, OR LANDSCAPING SHALL BE REPAIRED OR REPLACED TO THE SATISFACTION OF THE OWNER, AT THE EXPENSE OF THE CONTRACTOR. ALL REQUIRED EXITS AND PATH OF TRAVEL FROM THE EXIT TO THE PUBLIC WAY MUST BE MAINTAINED CLEAR AND UNOBSTRUCTED DURING CONSTRUCTION AND IMPLEMENTS FOR EGRESS IN CASE OF FIRE OR OTHER EMERGENCY.

14. THESE DRAWINGS, NOTES, AND SCHEDULES ARE COPYRIGHTED BY THE DESIGN. HIGHEST POSSIBLE QUALITY OF WORKMANSHIP, MATERIAL, AND EQUIPMENT SHALL BE USED. THE GENERAL CONTRACTOR WILL MAINTAIN QUALITY CONTROL OVER SUPPLIERS AND SUB-CONTRACTORS OF THE PROJECT TO SUBCONTRACTORS AND OTHER TRADES FOR THE USE OF ALL TRADES. THE CONTRACTOR SHALL SEE THAT ALL SUBCONTRACTORS RECEIVE COMPLETE SETS OF CONTRACT DOCUMENTS. AND ENSURE FULL RESPONSIBILITY FOR COORDINATION. IF ADJUSTMENTS OR WORK IS AVAILABLE TO ALL SUBCONTRACTORS.

15. DURING CONSTRUCTION, ALL EXITING EXIT SIGNS, EXIT LIGHTING, FIRE PROTECTION DEVICES AND ALARMS SHALL BE CONTINUOUSLY MAINTAINED.

16. INSURANCE SHALL NOT BE THE CONTRACTOR'S SUB-CONTRACTOR AS DIRECTED BY AND TO THE SATISFACTION OF THE OWNER / DEVELOPER.

17. THE GENERAL CONTRACTOR SHALL VERIFY SIZE, LOCATION, ELECTRICAL REQUIREMENTS, AND CHARACTERISTICS OF ALL WORK AND/OR EQUIPMENT SUPPLIED BY THE OWNER OR OTHERS PRIOR TO THE START OF RELATED CONSTRUCTION WORK, AND THE CONTRACTOR OR INSTALLER.

18. THE TENANT, WITHOUT INVALIDATING THE CONTRACT, MAY ORDER EXTRA WORK MAKE CHANGES BY ALTERING, ADDING TO, OR DEDUCTING FROM THE WORK. THE CONTRACT SUM AND CLAIMS FOR EXTENSION OF TIME SHALL BE ADJUSTED ACCORDINGLY. SUCH WORK SHALL BE EXECUTED UNDER THE CONDITIONS OF THE ORIGINAL CONTRACT.

19. ALL "EXISTING TO REMAIN", "EXISTING TO BE RELOCATED" AND/OR "NEW ITEM" INSTALLED BY THE OTHERS WHETHER INDICATED OR NOT, SHALL BE COORDINATED THROUGHOUT THE PERIOD OF CONSTRUCTION. SHALL GET TOGETHER PLANNED PRIOR TO CONSTRUCTION WITH THE OWNER OR TENANT. THE DEMOLITION SUBCONTRACTOR AND/OR DEMOLITION PLANS SHALL BE SUBMITTED.

20. THE GENERAL CONTRACTOR REFERS TO ALL PLUMBING, ELECTRICAL, AND MECHANICAL FIXTURES AND APPLIANCES FURNISHED AND INSTALLED IN THE WORK WITH CODE REQUIREMENTS AND MANUFACTURER'S INSTALLATION INSTRUCTIONS.

21. IF THE GENERAL CONTRACTOR CLAIMS THAT ANY REVISION TO THE DRAWINGS CONSTITUTES ADDITIONAL WORK UNDER THE GENERAL CONTRACTOR'S WORK INSTRUCTIONS AND IN ANY EVENT, BEFORE PROCEEDING TO EXECUTE THE WORK, THE PROPOSED CHANGE SHALL BE SUBMITTED TO ARCHITECT FOR REVIEW AND APPROVAL. THE GENERAL CONTRACTOR IS NOT ENTITLED TO ANY ADDITIONAL COMPENSATION WITH A CHANGE ORDER BEFORE PROCEEDING IN ANY ADDITIONAL COMPENSATION, UNLESS SPECIFICALLY REQUIRED, THE GENERAL CONTRACTOR IS NOT ENTITLED TO ANY ADDITIONAL COMPENSATION. NO PAYMENT ON SUCH CLAIMS WILL BE MADE UNTIL FINAL SETTLEMENT.

22. ALL CLAIMS FOR ADDITIONAL WORK WILL BE SUBMITTED IN WRITING FOR REVIEW BY ARCHITECT / OWNER AND SHALL INCLUDE A COMPLETE DESCRIPTION OF THE WORK, ITEMIZED COST BREAKDOWN OF LABOR, MATERIALS, AND EQUIPMENT DUE UNDER WHICH THE CHANGE IS BEING PERFORMED. COST OF THE WORK, INCLUDING CONTRACTOR'S MARKUP, SHALL BE INCLUDED.

23. THE GENERAL CONTRACTOR SHALL SUBMIT A DETAILED CONSTRUCTION SCHEDULE TO THE ARCHITECT/OWNER INDICATING PHASES OF WORK FROM START TO FINISH OF THE PROJECT.

24. DO NOT SCALE DRAWINGS. DIMENSIONS GOVERN. UNLESS NOTED OTHERWISE, ALL DIMENSIONS ARE TO FACE OF STUD, FACE OF CONCRETE, OR CENTERLINE OF COLUMN.

GP Architecture
I N C

ARCHITECTURE
&  PLANNING

5301 N. COMMERCE AVE, SUITE D
MOORPARK, CALIFORNIA  93021
WWW .GPARCHITECTURE .COM
t. 805.552.9474

**VICTORY BLVD. & DE SOTO AVE.**

WOODLAND HILLS, CA 91367

2022

CLIENT REVIEW (NOT FOR CONSTRUCTION)

| No. | REVISION | DATE |
|-----|----------|------|
|     |          |      |

### GENERAL NOTES

| | |
|---|---|
| PROJECT NO. | 2022 |
| DATE | 5/13/20 |
| DRAWN | AA |
| CHECKED | GJP |

# A0.02

SCALE

GP
Architecture
INC

ARCHITECTURE
& PLANNING

5301 N. COMMERCE AVE, SUITE D
MOORPARK, CALIFORNIA  93021
WWW . GPARCHITECTURE . COM
t. 805.552.9474

FEDERAL LAW PROHIBITS THE REPRODUCTION OR
DUPLICATION OF THIS DOCUMENT WITHOUT THE
WRITTEN CONSENT OF GP ARCHITECTURE INC.
Copyright © 2012 GP Architecture, Inc.

## GENERAL NOTES FOR COMMERCIAL ACCESSIBILITY

NOTE: Code references are to the 2020 edition of the Los Angeles Building Code.

VICTORY BLVD. & DE SOTO AVE.

WOODLAND HILLS, CA 91367

2022

CLIENT REVIEW (NOT FOR CONSTRUCTION)

| No. | REVISION | DATE |
|-----|----------|------|
|     |          |      |

ACCESSIBILITY GENERAL NOTES

PROJECT NO       2022
DATE             5/13/20
DRAWN            AA
CHECKED          GJP

## A0.03

SCALE

GP Architecture  
I N C .

ARCHITECTURE  
& PLANNING

5301 N. COMMERCE AVE, SUITE D  
MOORPARK, CALIFORNIA  93021  
WWW . GPARCHITECTURE . COM  
t. 805.552.9474

## INFORMATION BULLETIN / PUBLIC - BUILDING CODE

REFERENCE NO.: LABC Sec 11B.208.11B.228.S,11B.502,  
11B.812.1112A.11204  
DOCUMENT NO.: P/BC 2020-084  
Effective: 01/01/2020  
Previously issued As:  PBC 2017-084  Revised: 12/02/2019

# ACCESSIBILITY DETAILS FOR PARKING

### WHERE ACCESSIBLE PARKING IS REQUIRED.

Where parking spaces are provided, parking spaces shall be provided in accordance with Section 11B.208.

**Exception:** Parking spaces used exclusively for buses, trucks, other delivery vehicles, or vehicular impound shall not be required to comply with Section 11B.208 provided that lots accessed by the public are provided with a passenger loading zone complying with Section 11B.503.

**Minimum number.** Parking spaces complying with Section 11B.502 shall be provided in accordance with Table 11B-208-2 except as required by Sections 11B.208.2.1 thru 11B.208.2.3, and 11B.208.2.3.1 Where parking facility is provided as a site, the number of accessible spaces provided on the site shall be calculated according to the number of spaces required for each parking facility.

**Hospital outpatient facilities.** Ten percent of patient and visitor parking spaces provided to serve hospital outpatient facilities, and free-standing buildings providing outpatient clinical services of a hospital, shall comply with Section 11B.502.

**Rehabilitation facilities and outpatient physical therapy facilities.** Twenty percent of patient and visitor parking spaces provided to serve rehabilitation facilities specializing in treating conditions that affect mobility and outpatient physical therapy facilities shall comply with Section 11B.502.

**Residential facilities.** Parking spaces provided to serve residential facilities shall comply with Section 11B.208.2.3.

| TOTAL NUMBER OF PARKING SPACES PROVIDED IN PARKING FACILITY | MINIMUM NUMBER OF REQUIRED ACCESSIBLE PARKING SPACES |
|---|---|
| 1 to 25 | 1 |
| 26 to 50 | 2 |
| 51 to 75 | 3 |
| 76 to 100 | 4 |
| 101 to 150 | 5 |
| 151 to 200 | 6 |
| 201 to 300 | 7 |
| 301 to 400 | 8 |
| 401 to 500 | 9 |
| 501 to 1000 | 2 percent of total |
| 1001 and over | 20, plus 1 for each 100, or fraction thereof, over 1000 |

TABLE 11B-208-2 PARKING SPACES

As a covered entity under Title II of the Americans with Disabilities Act, the City of Los Angeles does not discriminate on the basis of disability and, upon request, will provide reasonable accommodation to ensure equal access to its programs, services and activities.

Page 1 of 7

P/BC 2020-084

THESE DIAGRAMS ILLUSTRATE THE SPECIFIC REQUIREMENTS OF THESE REGULATIONS AND ARE INTENDED ONLY AS AN AID FOR BUILDING DESIGN AND CONSTRUCTION

### PASSENGER DROP-OFF AND LOADING ZONES

**General.** Passenger drop-off and loading zones shall comply with Section 11B.503.

**Vehicle pull-up spaces.** Passenger drop-off and loading zones shall provide a vehicular pull-up space 96 inches wide minimum and 20 feet long minimum.

**Access aisle.** Passenger drop-off and loading zones shall provide access aisles complying with Section 11B.503 adjacent and parallel to the vehicle pull-up space. Access aisles shall adjoin an accessible route and shall not overlap the vehicular way.



FIGURE 11B-503.3  
PASSENGER DROP-OFF AND LOADING ZONE ACCESS AISLE



FIGURE 11B-502.3  
PERPENDICULAR PARKING ACCESS AISLE

As a covered entity under Title II of the Americans with Disabilities Act, the City of Los Angeles does not discriminate on the basis of disability and, upon request, will provide reasonable accommodation to ensure equal access to its programs, services and activities.

Page 2 of 7

P/BC 2020-084

THESE DIAGRAMS ILLUSTRATE THE SPECIFIC REQUIREMENTS OF THESE REGULATIONS AND ARE INTENDED ONLY AS AN AID FOR BUILDING DESIGN AND CONSTRUCTION

### PARKING SPACES

**General.** Car and van parking spaces shall comply with Section 11B.502. Where parking spaces are marked with lines, width measurements of parking spaces and access aisles shall be made from the centerline of the markings.

**Exception:** Where parking spaces or access aisles are not adjacent to another parking space or access aisle, measurements shall be permitted to include the full width of the line defining the parking space or access aisle.





FIGURE 11B-502.3.3  
PERPENDICULAR PARKING

As a covered entity under Title II of the Americans with Disabilities Act, the City of Los Angeles does not discriminate on the basis of disability and, upon request, will provide reasonable accommodation to ensure equal access to its programs, services and activities.

Page 3 of 7

P/BC 2020-084

THESE DIAGRAMS ILLUSTRATE THE SPECIFIC REQUIREMENTS OF THESE REGULATIONS AND ARE INTENDED ONLY AS AN AID FOR BUILDING DESIGN AND CONSTRUCTION



INTERNATIONAL SYMBOL OF ACCESSIBILITY 36" x 36"  
(See Marking 11B-502.6.4)



FIGURE 11B-502.6.5  
PERPENDICULAR PARKING SPACE IDENTIFICATION

As a covered entity under Title II of the Americans with Disabilities Act, the City of Los Angeles does not discriminate on the basis of disability and, upon request, will provide reasonable accommodation to ensure equal access to its programs, services and activities.

Page 4 of 7



PEDESTRIAN ROUTE 84 inches CLIPS  
(1.4% CROSS SLOPE MAX)

FIGURE 11B-502.3.3  
ANGLED PARKING IDENTIFICATION

VICTORY BLVD. & DE SOTO AVE.

WOODLAND HILLS, CA 91367

2022

P/BC 2020-084

THESE DIAGRAMS ILLUSTRATE THE SPECIFIC REQUIREMENTS OF THESE REGULATIONS AND ARE INTENDED ONLY AS AN AID FOR BUILDING DESIGN AND CONSTRUCTION

## ACCESSIBLE PARKING SIGN INSTALLED AT EACH SPACE





As a covered entity under Title II of the Americans with Disabilities Act, the City of Los Angeles does not discriminate on the basis of disability and, upon request, will provide reasonable accommodation to ensure equal access to its programs, services and activities.

Page 5 of 7

P/BC 2020-084

THESE DIAGRAMS ILLUSTRATE THE SPECIFIC REQUIREMENTS OF THESE REGULATIONS AND ARE INTENDED ONLY AS AN AID FOR BUILDING DESIGN AND CONSTRUCTION

### Electrical Vehicle Charging Stations

Electric vehicle charging stations (EVCS) shall comply with Section 11B.812 so required by Section 11B.228.3. Where vehicle spaces and access aisles are marked with lines, measurements shall be made from the centerline of the markings.

**Exception: 11B.812.1**

**Operable parts** shall comply with Section 11B.308.

**Future Installation of Electric Vehicle (EU) Chargers serving Covered Multi-Family Dwellings** shall be an accessible route per 11124 and shall be in compliance with section 11204 reach range requirements.



TABLE 11B-812.10.4



FIGURE 11B-812.10.4  
SURFACE MARKINGS

As a covered entity under Title II of the Americans with Disabilities Act, the City of Los Angeles does not discriminate on the basis of disability and, upon request, will provide reasonable accommodation to ensure equal access to its programs, services and activities.

Page 7 of 7

| No | REVISION | DATE |
|---|---|---|
|  |  |  |

ACCESSIBLE PARKING DETAILS

PROJECT NO  2022  
DATE  5/13/20  
DRAWN  AA  
CHECKED  GJP

# A0.04

SCALE

**G P**
**Architecture**
I N C.

ARCHITECTURE
&   PLANNING

5301 N. COMMERCE AVE, SUITE D
MOORPARK,  CALIFORNIA   93021
WWW . GPARCHITECTURE . COM
t. 805.552.9474

FEDERAL LAW PROHIBITS ANY REPRODUCTION OR
DUPLICATION OF THIS DOCUMENT WITHOUT THE
EXPRESS WRITTEN CONSENT OF GP ARCHITECTURE INC.
Copyright © 2012 GP Architecture, Inc.

---

## Page 1 of 4

**LA DBS** — **INFORMATION BULLETIN / PUBLIC - BUILDING CODE**

| REFERENCE NO.: | LABC Sec 11B-406.705 | Effective: | 01/01/2020 |
| DOCUMENT NO.: | P/BC 2020-090 | Revised | |

Previously Issued As: P/BC 2017-090

### ACCESSIBILITY DETAILS FOR CURBS, BLENDED TRANSITIONS, ISLANDS AND DETECTABLE WARNINGS

**GENERAL.** Curb ramps, blended transitions and islands on accessible routes shall comply with Section 11B- 406. Curb ramps may be perpendicular, parallel, or a combination of perpendicular and parallel.

**LANDING.** Landings shall be provided at the tops of curb ramps and blended transitions. The landing clear length shall be 48 inches (1219 mm) minimum. The landing clear width shall be at least as wide as the curb ramp, excluding any flared sides, or the blended transition leading to the landing. **The slope of the landing in all directions shall be 1:48 maximum.**

FIGURE 11B-406.2.2
SIDES OF CURB RAMPS

FIGURE 11B-406.3.3
LANDINGS AT THE TOP OF CURB RAMPS

**TURNING SPACE.** A turning space 48 inches (1219 mm) minimum by 48 inches (1219 mm) minimum shall be provided at the bottom of the curb ramp. The slope of the turning space in all directions shall be **1:48 max.**

**LOCATION.** Curb ramps and the flared sides of curb ramps shall be located so that they do not project into vehicular traffic lanes, parking spaces, or parking access aisles. Curb ramps at marked crossings shall be wholly contained within the markings, excluding any flared sides.

FIGURE 11B-406.3.2
PARALLEL CURB RAMPS

THESE DIAGRAMS ILLUSTRATE THE SPECIFIC REQUIREMENTS OF THESE REGULATIONS AND ARE INTENDED ONLY FOR USE AS AN AID FOR BUILDING DESIGN AND CONSTRUCTION.

As a covered entity under Title II of the Americans with Disabilities Act, the City of Los Angeles does not discriminate on the basis of disability and, upon request, will provide reasonable accommodation to ensure equal access to its programs, services and activities.

---

## Page 2 of 4

**LA DBS** — THESE DIAGRAMS ILLUSTRATE THE SPECIFIC REQUIREMENTS OF THESE REGULATIONS AND ARE INTENDED ONLY AS AN AID FOR BUILDING DESIGN AND CONSTRUCTION.

**P/BC-2020-090**



**Counter slope** of adjoining gutters and road surfaces immediately adjacent to and within 24 inches (610 mm) of the curb ramp shall not be steeper than 1:20. The adjacent surfaces at transitions at curb ramps to walks, gutters, and streets shall be at the same level. **11B-406.5.6**

**Clear space at diagonal curb ramps.** The bottom of diagonal curb ramps shall have a clear space 48 inches (1219 mm) minimum outside active traffic lanes of the roadway. Diagonal curb ramps provided at marked crossings shall provide the 48 inches (1219 mm) minimum clear space within the markings. **11B-406.5.9**

**Diagonal curb ramps.** Diagonal or corner type curb ramps with returned curbs or other well-defined edges shall have the edges parallel to the direction of pedestrian flow. Diagonal curb ramps with flared sides shall have a segment of curb 24 inches (610 mm) long minimum located at side of the curb ramp and within the marked crossing. **FIGURE 11B-406.5.9A**

FIGURE 11B-406.5.10
DIAGONAL OR CORNER TYPE CURB RAMPS

**11B-406.6 Islands.** Raised islands in crossings shall be cut through level with the street or have curb ramps at both sides. The clear width of the accessible route at islands shall be 60 inches (1524 mm) wide minimum. Where curb ramps are provided, they shall comply with Section 11B-406. Landings complying with Section 11B-406.5.3 and the accessible route shall be permitted to overlap. Islands shall have detectable warnings complying with Section 11B-705.

FIGURE 11B-406.6
ISLANDS IN CROSSWALK



(A) CUT THROUGH AT ISLAND
(B) CURB RAMP AT ISLAND

As a covered entity under Title II of the Americans with Disabilities Act, the City of Los Angeles does not discriminate on the basis of disability and, upon request, will provide reasonable accommodation to ensure equal access to its programs, services and activities.

---

## Page 3 of 4

**LA DBS** — THESE DIAGRAMS ILLUSTRATE THE SPECIFIC REQUIREMENTS OF THESE REGULATIONS AND ARE INTENDED ONLY AS AN AID FOR BUILDING DESIGN AND CONSTRUCTION.

**P/BC-2020-090**

### CURB RAMP

CURB RAMPS
AT MARKED CROSSING

CURB SECTIONS

THESE DIAGRAMS ILLUSTRATE THE SPECIFIC REQUIREMENTS OF THESE REGULATIONS AND ARE INTENDED ONLY FOR USE AS AN AID FOR BUILDING DESIGN AND CONSTRUCTION.

As a covered entity under Title II of the Americans with Disabilities Act, the City of Los Angeles does not discriminate on the basis of disability and, upon request, will provide reasonable accommodation to ensure equal access to its programs, services and activities.

---

## Page 4 of 4

**LA DBS** — THESE DIAGRAMS ILLUSTRATE THE SPECIFIC REQUIREMENTS OF THESE REGULATIONS AND ARE INTENDED ONLY AS AN AID FOR BUILDING DESIGN AND CONSTRUCTION.

**P/BC-2020-090**

### DETECTABLE WARNING SURFACE



FIGURE 11B-705.1
SIZE AND SPACING OF TRUNCATED DOMES

**Detectable warnings** shall consist of a surface of truncated domes and shall comply with Section 11B-705.

**11B-705.1.1.3 Contrast.** Detectable warning surfaces shall contrast visually with adjacent walking surfaces either light-on-dark, or dark-on-light. The material used for these surfaces shall be an integral part of the walking surface. Contrast shall be provided.

**Exception.** Where the detectable warning surface does not adequately contrast with adjacent surfaces, a 1-inch (25 mm) wide black strip shall separate yellow detectable warning from adjacent surfaces.

**11B-705.1.1.4 Resiliency.** Detectable warning surfaces shall differ from adjoining surfaces in resiliency or sound-on-cane contact.

**Exception.** Detectable warning surfaces at curb ramps, islands or cut-through medians shall not be required to comply with Section 11B-705.1.1.4

**11B-705.1.1.5 Color.** Detectable warning surfaces shall be yellow conforming to FS 33538 of Federal Standard 595C.

**11B-705.2 Detectable directional texture.** Detectable directional texture at transit boarding platforms shall comply with Figure 11B-705.2.

FIGURE 11B-705.2
DETECTABLE DIRECTIONAL TEXTURE

As a covered entity under Title II of the Americans with Disabilities Act, the City of Los Angeles does not discriminate on the basis of disability and, upon request, will provide reasonable accommodation to ensure equal access to its programs, services and activities.

---

**VICTORY BLVD. & DE SOTO AVE.**
WOODLAND HILLS, CA 91367
2022

**CLIENT REVIEW (NOT FOR CONSTRUCTION)**

| No. | REVISION | DATE |
|-----|----------|------|
| | | |

**ACCESSIBLE CURBS AND TRANSITIONS**

| | |
|---|---|
| PROJECT NO. | 2022 |
| DATE | 5/13/20 |
| DRAWN | AA |
| CHECKED | GJP |

**A0.05**

SCALE

GP
Architecture
INC

ARCHITECTURE
&   PLANNING

5301 N. COMMERCE AVE, SUITE D
MOORPARK, CALIFORNIA   93021
WWW . GPARCHITECTURE . COM
t . 805.552.9474

## INFORMATION BULLETIN / PUBLIC - BUILDING CODE

| REFERENCE NO.: | LABC Sec.11B-703 | Effective: | 01/01/2020 |
|---|---|---|---|
| DOCUMENT NO.: | P/BC 2020-091 | Revised: | |
| Previously Issued As: P/BC 2017-091 | | | |

### ACCESSIBILITY DETAILS FOR SIGNS



The International Symbol of Accessibility shall comply with Figure 11B-703.7.2.1. The symbol shall consist of a white figure on a blue background. The blue shall be FS 15090 in Federal Standard 595C.

FIGURE 11B-703.7.2.1
INTERNATIONAL
SYMBOL OF
ACCESSIBILITY
( ISA )

Volume control telephones. Telephones with a volume control shall be identified by a pictogram of a telephone handset with radiating sound waves on a square field such as shown in Figure 11B-703.7.2.3

FIGURE 11B-703.7.2.3
VOLUME CONTROL
TELEPHONE

11B-703.7.2.2  International Symbol of TTY. The International Symbol of TTY shall comply with Figure 11B-703.7.2.2

FIGURE 11B-703.7.2.2
INTERNATIONAL SYMBOL OF TTY

Assistive listening systems. Assistive listening systems shall be identified by the International Symbol of Access for Hearing Loss complying with Figure 11B-703.7.2.4





1/8 min - 1/4 max

1/8 max

radius @ vertices   waxed/rounded   chamfered
edges

FIGURE 11B-703.7.2.4.1
EDGES AND VERTICES ON GEOMETRIC SYMBOLS

As a covered entity under Title II of the Americans with Disabilities Act, the City of Los Angeles does not discriminate on the basis of disability and, upon request, will provide reasonable accommodation to ensure equal access to its programs, services and activities.

Page 1 of 5

---

P/BC 2020-091

THESE DIAGRAMS ILLUSTRATE THE SPECIFIC REQUIREMENTS OF THESE REGULATIONS AND ARE INTENDED ONLY AS AN AID FOR BUILDING DESIGN AND CONSTRUCTION.

### 11B-703 Signs

**11B-703.1 General.** Signs shall comply with Section 11B- 703. Where both visual and tactile characters are required, either one sign with both visual and tactile characters, or two separate signs, one with visual, and one with tactile characters, shall be provided.

**11B-703.1.1 Plan review and inspection.** Signs as specified in Section 11b-703, or in other sections of this code, when included in the construction of new buildings or facilities, or when included, altered or replaced due to additions, alterations or renovations to existing buildings or facilities, and when a permit is required, shall comply with Sections 11B- 703.1.1.1 and 11B-703.1.1.2.

**11B-703.1.1.1  Plan review.** Plans, specifications or other information indicating compliance with these regulations shall be submitted to the enforcing agency for review and approval.

**11B-703.1.1.2  Inspection.** Signs and identification devices shall be field inspected after installation and approved by the enforcing agency prior to the issuance of a final certificate of occupancy (per Chapter 1, Division II, Section 111, or final approval where no certificate of occupancy is issued. The inspection shall include, but not be limited to, verification that Braille dots and cells are properly spaced and the size, proportion and type of raised characters are in compliance with these regulations.



FIGURE 11B-703.3.5
HEIGHT OF RAISED CHARACTERS

### TABLE 11B-703.3.1
### BRAILLE DIMENSIONS

| MEASUREMENT RANGE | MINIMUM IN INCHES MAXIMUM IN INCHES |
|---|---|
| Dot base diameter | 0.059 – 0.063 |
| Distance between two dots in the same cell | 0.100 |
| Distance between corresponding dots in adjacent cells | 0.300 |
| Dot height | 0.025 – 0.037 |
| Distance corresponding dots from one cell directly below | 0.395 – 0.400 |

Distance between corresponding dots in adjacent cells

Distance between dots in the same cell

Single Braille cell

Distance between corresponding dots from one cell directly below

Blank cell space between words

Raised Dot

Base diameter

No raised dot

FIGURE 11B-703.3.1
BRAILLE MEASUREMENT

As a covered entity under Title II of the Americans with Disabilities Act, the City of Los Angeles does not discriminate on the basis of disability and, upon request, will provide reasonable accommodation to ensure equal access to its programs, services and activities.

Page 2 of 5

---

P/BC 2020-091

THESE DIAGRAMS ILLUSTRATE THE SPECIFIC REQUIREMENTS OF THESE REGULATIONS AND ARE INTENDED ONLY AS AN AID FOR BUILDING DESIGN AND CONSTRUCTION.

AREA OF REFUGE

AREA OF REFUGE

FIGURE 11B-703.4.1
POSITION OF BRAILLE

TABLE 11B-703.4.1
HEIGHT OF TACTILE CHARACTERS
ABOVE FINISH FLOOR OR GROUND

45°

18 min
centered on
tactile characters

45°

FIGURE 11B-703.4.2
LOCATION OF TACTILE SIGNS AT DOORS

As a covered entity under Title II of the Americans with Disabilities Act, the City of Los Angeles does not discriminate on the basis of disability and, upon request, will provide reasonable accommodation to ensure equal access to its programs, services and activities.

Page 3 of 5

FEDERAL LAW PROHIBITS ANY REPRODUCTION OR
DUPLICATION OF THIS DOCUMENT WITHOUT THE
EXPRESS WRITTEN CONSENT OF GP ARCHITECTURE, INC.
Copyright © 2012 GP Architecture, Inc.

---

P/BC-2020-091

THESE DIAGRAMS ILLUSTRATE THE SPECIFIC REQUIREMENTS OF THESE REGULATIONS AND ARE INTENDED ONLY AS AN AID FOR BUILDING DESIGN AND CONSTRUCTION.

### TOILETS AND BATHING FACILITIES GEOMETRIC SYMBOLS

GENDER SPECIFIC GEOMETRIC SYMBOLS APPLY ONLY TO MULTI-ACCOMMODATION RESTROOMS

SINGLE-USER: SIGN STATEMENT - "ALL GENDER RESTROOM", "RESTROOM" (TACTILE/ BRAILLE) COMPLIANT

MEN   WOMEN

FLOOR PLAN

NOTE: PICTOGRAMS NOT REQUIRED

The provisions of CBC Chapter 11B require that a sanitary facility that is not specifically identified as for "men" or "women" (referred to in Chapter 11B as a "unisex" facility) have a geometric symbol on the door that is an equilateral triangle superimposed onto a circle. The "unisex" symbol is the only symbol referred to required to be provided by Chapter 11B for a toilet facility that is available for use by all individuals. No pictogram, text, or braille is required on the symbol. (See attachment, Exhibit A.)

UNISEX

UNISEX RESTROOM

BASELINE OF THE HIGHEST LINE OF RAISED CHARACTERS

MEN

WOMEN

BASELINE OF LOWEST BRAILLE CELL

TACTILE/RAISED CHARACTER & GO.6 BRAILLE SIGN

11B-703.4.1 Height above finish floor or ground.

Tactile characters on signs shall be located 48 inches (1219 mm) minimum above the finish floor or ground surface, measured from the baseline of the lowest Braille cells and 60 inches (1524 mm) maximum above the finish floor or ground surface, measured from the baseline of the highest line of raised characters. Exception: Tactile characters for elevator car controls shall not be required to comply with Section 11B-703.4.1.

As a covered entity under Title II of the Americans with Disabilities Act, the City of Los Angeles does not discriminate on the basis of disability and, upon request, will provide reasonable accommodation to ensure equal access to its programs, services and activities.

Page 4 of 5

---

P/BC-2020-091

THESE DIAGRAMS ILLUSTRATE THE SPECIFIC REQUIREMENTS OF THESE REGULATIONS AND ARE INTENDED ONLY AS AN AID FOR BUILDING DESIGN AND CONSTRUCTION.

### IDENTIFICATION OF ALL GENDER SINGLE-USER TOILET FACILITIES
Compliant with the California Building Code (CBC) Chapter 11B

**EXHIBIT A - Door Symbol (required by the CBC)**

This image represents the door symbol that is required by CBC 11B-216.8 to identify an all-gender/unisex single-user toilet facility. The symbol must comply with the requirements of CBC 11B-703.7.2.6.3. No pictogram, text, or braille is required on the symbol.



**EXHIBIT B - Designation sign on wall**

Designation signs are not required to be provided by the CBC or the 2010 ADAS. If provided, a designation sign adjacent to the door must comply with the scoping requirements of CBC 11B-216.2, and the technical requirements for raised characters (CBC 11B-703.2), visual characters (CBC 11B-703.5), and requirements for installation height and location (CBC 11B-703.4). No pictogram is required. The following signs illustrate acceptable examples for designation sign text:

ALL GENDER RESTROOM

RESTROOM

UNISEX RESTROOM

As a covered entity under Title II of the Americans with Disabilities Act, the City of Los Angeles does not discriminate on the basis of disability and, upon request, will provide reasonable accommodation to ensure equal access to its programs, services and activities.

Page 5 of 5

CLIENT REVIEW (NOT FOR CONSTRUCTION)

| No. | REVISION | DATE |
|---|---|---|
| | | |

ACCESSIBILITY SIGNS

| PROJECT NO. | 2022 |
|---|---|
| DATE | 5/13/20 |
| DRAWN | AA |
| CHECKED | GJP |

**A0.06**

SCALE







# G P
## Architecture
### I N C

ARCHITECTURE
&   PLANNING

5301 N. COMMERCE AVE. SUITE D
MOORPARK,  CALIFORNIA  93021
WWW . GPARCHITECTURE . COM
t. 805.552.9474

## INFORMATION BULLETIN / PUBLIC - BUILDING CODE

REFERENCE NO.:   LABC Sec.11B-403,404,405,   Effective: 01/01/2020
406,504,505,602
DOCUMENT NO.:   P/BC 2020-085
Previously Issued As: P/BC 2017-085   Revised: 12/02/2019

## ACCESSIBILITY DETAILS FOR RAMPS, STAIRS & ELEVATORS

**RAMPS**

**DOORWAYS AT RAMP LANDINGS**

**STAIRWAYS**

**STAIRS**

**ELEVATORS**

VICTORY BLVD. & DE SOTO AVE.
WOODLAND HILLS, CA 91367
2022

CLIENT REVIEW (NOT FOR CONSTRUCTION)

| No. | REVISION | DATE |
|-----|----------|------|

ACCESSIBILITY RAMP DETAILS

PROJECT NO    2022
DATE    5/13/20
DRAWN    AA
CHECKED    G.P

## A0.07
SCALE

GP
Architecture
& PLANNING
I N C

5301 N. COMMERCE AVE, SUITE D
MOORPARK, CALIFORNIA 93021
WWW . GPARCHITECTURE . COM
t. 805.552.9474

FEDERAL LAW PROHIBITS ANY REPRODUCTION OR
DUPLICATION OF THIS DOCUMENT WITHOUT THE
EXPRESS WRITTEN CONSENT OF GP ARCHITECTURE, INC.
Copyright © 2013 GP Architecture, Inc.

## INFORMATION BULLETIN / PUBLIC - BUILDING CODE

REFERENCE NO.: LABC Sec. 11B-304,305,404   Effective: 01/01/2020
DOCUMENT NO.:
Previously issued As:   P/BC 2017-086   Revised:

### ACCESSIBILITY DETAILS
### FOR DOORS, MANEUVERING SPACES & ROUTES

UNLESS SPECIFICALLY STATED OTHERWISE, FIGURES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. (11B-104.2 FIGURES)



WHEELCHAIR TURNING SPACE

FIGURE 11B-304.3.2
T-SHAPED TURNING SPACE

FIGURE 11B-305.5
CLEAR FLOOR OF OR GROUND SPACE

FIGURE 11B-304
GRAPHIC CONVENTION FOR FIGURES

Page 1 of 7

---

P/BC 2020-086

## DOORS & MANEUVERING SPACE

THESE DIAGRAMS ILLUSTRATE THE SPECIFIC REQUIREMENTS OF THESE REGULATIONS AND ARE INTENDED ONLY AS AN AID FOR BUILDING DESIGN AND CONSTRUCTION.



FRONT APPROACH          DOOR CONSTRUCTION

FIGURE 11B-404.2.4.1
MANEUVERING CLEARANCES AT MANUAL SWINGING DOORS AND GATES



HINGE APPROACH, PULL SIDE    HINGE APPROACH, PUSH SIDE    HINGE APPROACH, PUSH SIDE DOOR PROVIDED WITH BOTH CLOSER AND LATCH

FIGURE 11B-404.2.4.1
MANEUVERING CLEARANCES AT MANUAL SWINGING DOORS AND GATES

Page 2 of 7

---

P/BC 2020-086

## DOORS & MANEUVERING SPACE

THESE DIAGRAMS ILLUSTRATE THE SPECIFIC REQUIREMENTS OF THESE REGULATIONS AND ARE INTENDED ONLY AS AN AID FOR BUILDING DESIGN AND CONSTRUCTION.



(a)
latch approach, push side

(b)
latch approach, push side, door provided with closer

(a) hinged door    (b) sliding door    (c) folding door

FIGURE 11B-404.2.3
CLEAR WIDTH OF DOORWAYS

FIGURE 11B-404.2.4.1—continued
MANEUVERING CLEARANCES AT MANUAL SWINGING DOORS AND GATES

TABLE 11B-404.2.4.1
MANEUVERING CLEARANCES AT MANUAL SWINGING DOORS AND GATES

| TYPE OF USE | | PERPENDICULAR TO DOORWAY | PARALLEL TO DOORWAY (beyond latch side unless noted) |
|---|---|---|---|
| APPROACH DIRECTION | DOOR or GATE SIDE | | |
| From front | Pull | 60 inches | 18 inches |
| From front | Push | 48 inches | 0 inches |
| From hinge side | Pull | 60 inches | 36 inches |
| From hinge side | Pull | 60 inches | 42 inches |
| From hinge side | Push | 44 inches | 22 inches |
| From latch side | Pull | 48 inches | 24 inches |
| From latch side | Push | 44 inches | 24 inches |

1. ADD 12 INCHES IF CLOSER AND LATCH ARE PROVIDED.
2. ADD 6 INCHES IF CLOSER AND LATCH ARE PROVIDED.
3. BEYOND HINGE SIDE.
4. ADD 6 INCHES IF CLOSER IS PROVIDED.
5. ADD 6 INCHES AT EXTERIOR SIDE OF EXTERIOR DOORS.

Page 3 of 7

---

P/BC 2020-086

## DOORS & MANEUVERING SPACE

THESE DIAGRAMS ILLUSTRATE THE SPECIFIC REQUIREMENTS OF THESE REGULATIONS AND ARE INTENDED ONLY AS AN AID FOR BUILDING DESIGN AND CONSTRUCTION.



(a)
front approach

(b)
side approach

(c)
pocket or hinge approach

(d)
stop or latch approach

FIGURE 11B-404.2.3
MANEUVERING CLEARANCES AT DOORWAYS WITHOUT DOORS, SLIDING DOORS, GATES, AND FOLDING DOORS

TABLE 11B-404.2.3
MANEUVERING CLEARANCES AT DOORWAYS WITHOUT DOORS OR GATES
MANUAL SLIDING DOORS AND MANUAL FOLDING DOORS

| Approach direction | MINIMUM MANEUVERING CLEARANCE | |
|---|---|---|
| | Perpendicular to doorway | Parallel to doorway (beyond stop/latch side unless noted) |
| From Front | 48 inches | 0 inches |
| From Side¹ | 42 inches | 0 inches |
| From pocket/hinge side | 42 inches | 22 inches |
| From stop/latch side | 42 inches | 24 inches |

1. Doorway with no door only.
2. Beyond pocket/hinge side.

Page 4 of 7

---

## DOORS & MANEUVERING SPACE

THESE DIAGRAMS ILLUSTRATE THE SPECIFIC REQUIREMENTS OF THESE REGULATIONS AND ARE INTENDED ONLY AS AN AID FOR BUILDING DESIGN AND CONSTRUCTION.



(a)
push side

(b)
push side, door provided with both closer and latch

(c)
push side

(a)          (b)

(a)          (b)

FIGURE 11B-404.2.6
DOORS IN SERIES AND GATES IN SERIES

Page 5 of 7

---

P/BC 2020-086

## ACCESSIBLE ROUTES

THESE DIAGRAMS ILLUSTRATE THE SPECIFIC REQUIREMENTS OF THESE REGULATIONS AND ARE INTENDED ONLY AS AN AID FOR BUILDING DESIGN AND CONSTRUCTION.



½ max
12.7

FIGURE 11B-302.2
CARPET PILE HEIGHT

¼ max
6.4

FIGURE 11B-303.2
VERTICAL CHANGE IN LEVEL

FIGURE 11B-303.3
BEVELED CHANGE IN LEVEL

11B-303.2
Door openings shall provide a clear width of 32 inches minimum. Door openings of doorways with swinging doors shall be measured between the face of the door and the stop, with the door open 90 degrees. Openings more than 24 inches deep shall provide a clear opening of 36 inches minimum. There shall be no projections into the required clear opening width lower than 34 inches above the finish floor or ground. Projections into the clear opening width between 34 inches and 80 inches above the finish floor or ground shall not exceed 4 inches.

11B-404.2.5
THRESHOLDS, IF PROVIDED AT DOORWAYS, SHALL BE ½ INCH HIGH MAXIMUM. RAISED THRESHOLDS AND CHANGES IN LEVEL AT DOORWAYS SHALL COMPLY WITH SECTION 11B-302 AND 11B-303.



FIGURE 11B-302.3
ELONGATED OPENINGS IN FLOOR OR GROUND SURFACES

FIGURE 11B-403.5.1
SEE CLEAR WIDTH AND EXCEPTIONS REQUIREMENTS

Page 6 of 7

---

P/BC 2020-086

## ACCESSIBLE ROUTES

THESE DIAGRAMS ILLUSTRATE THE SPECIFIC REQUIREMENTS OF THESE REGULATIONS AND ARE INTENDED ONLY AS AN AID FOR BUILDING DESIGN AND CONSTRUCTION.



ACCESSIBLE ROUTE OF TRAVEL

(a)
single space

(b)
side by side

FIGURE 11B-403.1.2
WIDTH OF WHEELCHAIR SPACES

(a)
front or rear entry

(b)
side entry

FIGURE 11B-403.1.3
DEPTH OF WHEELCHAIR SPACES

FIGURE 11B-403.5.1
CLEAR WIDTH OF AN ACCESSIBLE ROUTE

(a)
180 degree turn

(b)
180 degree turn (Exception)

FIGURE 11B-403.5.2
CLEAR WIDTH AT TURN

Page 7 of 7

As a covered entity under Title II of the Americans with Disabilities Act, the City of Los Angeles does not discriminate on the basis of disability and, upon request, will provide reasonable accommodation to ensure equal access to its programs, services and activities.

VICTORY BLVD. & DE SOTO AVE.
WOODLAND HILLS, CA 91367
2022

CLIENT REVIEW (NOT FOR CONSTRUCTION)

| No. | REVISION | DATE |
|---|---|---|

ACCESSIBLE DOOR DETAILS

PROJECT NO.   2022
DATE   5/13/20
DRAWN   AA
CHECKED   G.P

# A0.08

SCALE





STREET ACCESS BY ADA RAMP



PATH OF TRAVEL @ BUILDING



**3  ACCESSIBLE PATH OF TRAVEL**
A1.01   1" = 10'-0"



STREET ACCESS BY ADA RAMP       PATH OF TRAVEL @ BUILDING       CURB CUT TO BE MODIFY



**2  ACCESSIBLE PATH OF TRAVEL**
A1.01   1" = 10'-0"

## KEYNOTES

\#   KEYNOTE SYMBOL

**1   EXISTING ELEMENTS TO REMAIN**

1.1   (E) BUILDING TO REMAIN, NO MODIFICATIONS PROPOSED TO EXISTING BUILDING OR TENANT OCCUPANCIES.

1.2   (E) TENANT ENTRY STOREFRONT DOORS TO REMAIN.

1.3   (E) DOOR LANDING AREA TO REMAIN.  ALL ENTRANCES AND EXTERIOR GROUND-FLOOR EXITS TO BUILDINGS AND FACILITIES SHALL BE MADE ACCESSIBLE TO PERSONS WITH DISABILITIES. ENTRANCE DOORS, DOORWAYS SHALL BE ON AN ACCESSIBLE ROUTE.  THE LEVEL AREA 2% MAXIMUM SLOPE IN ANY DIRECTION.

1.4   (E) LANDSCAPING AREA TO REMAIN.

1.5   (E) MONUMENT SIGN TO REMAIN.

1.6   (E) CATCHBASIN TO REMAIN.

1.7   (E) LOW RETAINING WALL TO REMAIN, TYP.

1.8   (E) STREET SIDEWALK TO REMAIN, TYP.

1.9   (E) CURB TO REMAIN, TYP.

1.10  (E) DRIVEWAY TO REMAIN.

1.11  (E) FIRE RISER LINE TO REMAIN.

**2   EXISTING ELEMENTS TO BE DEMO**

2.1   (E) CURB TO BE DEMO, TYP.

2.2   (E) WALL TO BE DEMO FLUSH WITH FINISH FLOOR, PREP AREA FOR (N) WALKWAY.

2.3   (E) LANDSCAPING TO BE DEMO, TYP.

**3   NEW CONSTRUCTION**

3.1   RE-STRIPE PARKING LOT PER (N) PARKING LOT LAYOUT.

3.2   (N) 9' x 18' ACCESSIBLE PARKING STALL AND LOADING / UN-LOADING ACCESS AISLE SHALL NOT EXCEED 2% SLOPE IN ANY DIRECTION W/ SIGNAGE.

3.3   (N) DISABLED ACCESS PATH OF TRAVEL FROM (E) SIDEWALK ON STREET. SIGNS SHALL DISPLAY THE INTERNATIONAL SYMBOL, AT ALL MAJOR JUNCTIONS OF ALL PATHS OF TRAVEL, INDICATING THE DIRECTION TO THE ACCESSIBLE ENTRANCES. DISABLED ACCESS PATH OF TRAVEL OTHER THAN AT RAMPS SHALL NOT EXCEED 5% IN THE DIRECTION OF TRAVEL AND MAXIMUM 2% CROSS SLOPE.

3.4   (N) TRUNCATED DETECTABLE WARNING SURFACE

3.5   (N) STRIPING CROSSING VEHICULAR WAY



**VICTORY BLVD.**

7 PARKING STALLS   7 PARKING STALLS   11 COMPACT STALLS

TOTAL 58 PARKING STALLS

30 PARKING STALLS

20900 VICTORY BLVD.
6465 DE SOTO AVE.

20920 VICTORY BLVD.

COMMERCIAL / OFFICE BUILDING
45,123 SQ. FT.

LOT 13 (2.10 ACRES)

6459 DE SOTO AVE.

6455 DE SOTO AVE.

6445 DE SOTO AVE.

LOADING ZONE

TOTAL 36 PARKING STALLS

10 PARKING STALLS

1 COMPACT STALLS

**DE SOTO AVENUE**

**1   PROPOSED SITE PLAN OPTION 1**
A1.01   1" = 20'-0"

N

## SURFACE AREA LEGEND

| SYMBOL | DESCRIPTION |
|---|---|
|  | **NEW IMPERVIOUS CONCRETE SURFACE** |
|  | LOCTION: CONCRETE RAMPS & CURB CUTS |
|  | AREA: 483 SF |
|  | **NEW PERMEABLE PAVING SURFACE** |
|  | LOCTION: WALKWAYS |
|  | AREA: 771 SF |

## SITE GENERAL NOTES

1.  AT LEAST ONE ACCESSIBLE ROUTE SHALL BE PROVIDED WITHIN THE SITE FROM ACCESSIBLE PARKING SPACES AND ACCESSIBLE PASSENGER LOADING ZONES; PUBLIC STREETS AND SIDEWALKS; AND PUBLIC TRANSPORTATION STOPS TO THE ACCESSIBLE BUILDING OR FACILITY ENTRANCE THEY SERVE. WHERE MORE THAN ONE ROUTE IS PROVIDED, ALL ROUTES MUST BE ACCESSIBLE.

2.  ACCESSIBLE PARKING SPACES SERVING A PARTICULAR BUILDING SHALL BE LOCATED ON THE SHORTEST ACCESSIBLE ROUTE OF TRAVEL FROM ADJACENT PARKING TO THE ACCESSIBLE ENTRANCES. TABLE 11B-208.2 ESTABLISHES THE NUMBER OF ACCESSIBLE PARKING SPACES REQ'D.

3.  ACCESSIBLE PARKING SPACE SHALL BE SO LOCATED THAT PERSONS WITH DISABILITIES ARE NOT COMPELLED TO WHEEL OR WALK BEHIND PARKED CARS OTHER THAN THEIR OWN.

4.  SURFACE SLOPES OF ACCESSIBLE PARKING SPACES AND ACCESS AISLES BE THE MINIMUM POSSIBLE AND SHALL NOT EXCEED ONE-UNIT VERTICAL TO 48 UNITS HORIZONTAL (2% SLOPE) IN ANY DIRECTION.

5.  EACH PARKING SPACE RESERVED FOR PERSONS WITH DISABILITIES. IDENTIFY BY A REFLECTOR SIGN PERMANENTLY POSTED IMMEDIATELY ADJACENT TO AND VISIBLE FROM EACH STALL OR SPACE. THE SIGN SHALL INCLUDE THE INTERNATIONAL SYMBOL OF ACCESSIBILITY, 70 SQ. IN. IN AREA AND WHEN IN PATH OF TRAVEL, SHALL BE POSTED MIN. 80" FROM GROUND. IN ADDITION, ON THE SURFACE OF EACH ACCESSIBLE SPACE IS PROVIDE AN ADDITIONAL SIGN OR ADD BELOW THE SYMBOL "MINIMUM FINE $250".

6.  ACCESSIBLE PARKING SPACE SHALL HAVE A SURFACE IDENTIFICATION BY OUTLINING A PROFILE VIEW OF A WHEELCHAIR WITH OCCUPANT IN WHITE ON BLUE BACKGROUND. THE PROFILE VIEW SHALL BE LOCATED SO THAT IT IS VISIBLE TO A TRAFFIC ENFORCEMENT OFFICER WHEN A VEHICLE IS PROPERLY PARKED IN THE SPACE AND SHALL BE 36"X36".

7.  AN ADDITIONAL SIGN SHALL ALSO BE POSTED, IN A CONSPICUOUS PLACE, AT EACH ENTRANCE TO OFF-STREET PARKING FACILITIES, OR IMMEDIATELY ADJACENT TO AND VISIBLE FROM EACH STALL OR SPACE. THE SIGN SHALL BE NOT LESS THAN 17" BY 22" IN SIZE WITH LETTERING NOT LESS THAN 1" IN HEIGHT, WHICH CLEARLY AND CONSPICUOUSLY STATES THE FOLLOWING: **"UNAUTHORIZED VEHICLES PARKED IN DESIGNATED ACCESSIBLE SPACES NOT DISPLAYING DISTINGUISHING PLACARDS OR SPECIAL LICENSE PLATES ISSUED FOR PERSONS WITH DISABILITIES WILL BE TOWED AWAY AT THE OWNER'S EXPENSE. TOWED VEHICLES MAY BE RECLAIMED AT (GOLD) POLICE DEPARTMENT"**

8.  WALKWAYS AND SIDEWALKS THAT ARE PART OF AN ACCESSIBLE ROUTE SHALL COMPLY WITH SECTION 11B-403.  A. THE RUNNING SLOPE OF A WALKING SURFACE SHALL NOT EXCEED ONE UNIT VERTICAL TO 20 UNITS HORIZONTAL (5% SLOPE) AND THE CROSS SLOPE SHALL NOT EXCEED ONE UNIT VERTICAL TO 48 UNITS HORIZONTAL (2% SLOPE).  B. WALKS AND SIDEWALKS SHALL BE A MINIMUM OF 48" IN WIDTH. IF A WALK CROSSES OR ADJOINS A VEHICULAR WAY, AND THE WALKING SURFACES ARE NOT SEPARATED BY CURBS, RAILINGS, OR OTHER ELEMENTS BETWEEN THE PEDESTRIAN AREAS AND VEHICULAR AREAS, THE BOUNDARY BETWEEN THE AREAS SHALL BE DEFINED BY A CONTINUOUS DETECTABLE WARNING, WHICH IS 36" WIDE.

9.  ALL ENTRANCES AND EXTERIOR GROUND-FLOOR EXITS TO BUILDINGS AND FACILITIES SHALL BE MADE ACCESSIBLE TO PERSONS WITH DISABILITIES. ENTRANCE DOORS, DOORWAYS AND GATES SHALL COMPLY WITH SECTION 11B-404 AND SHALL BE ON AN ACCESSIBLE ROUTE COMPLYING WITH SECTION 11B-402.  A. THE LEVEL AREA (2% MAXIMUM SLOPE IN ANY DIRECTION) FOR MANEUVERING CLEARANCES AT DOORS SHALL HAVE A LENGTH IN THE DIRECTION OF DOOR SWING OF AT LEAST 60" AND THE LENGTH OPPOSITE THE DIRECTION OF DOOR SWING OF 48" AS MEASURED AT RIGHT ANGLES TO THE PLANE OF THE DOOR IN ITS CLOSED POSITION.  B. THE WIDTH OF THE LEVEL AREA ON THE SIDE TO WHICH THE DOOR SWINGS SHALL EXTEND 24 INCHES PAST THE STRIKE EDGE OF THE DOOR FOR EXTERIOR DOORS AND 18 INCHES PAST THE STRIKE EDGE FOR INTERIOR DOORS. THE WIDTH OF THE LEVEL AREA ON THE SIDE 10 WHICH THE DOOR SWINGS AWAY SHALL EXTEND 12 INCHES PAST THE STRIKE EDGE IF THE DOOR IS EQUIPPED WITH BOTH A LATCH AND A CLOSER




**G P
Architecture
INC.**

ARCHITECTURE
&  PLANNING

5301 N. COMMERCE AVE, SUITE D
MOORPARK, CALIFORNIA 93021
WWW .GPARCHITECTURE .COM
t. 805.552.9474

FEDERAL LAW PROHIBITS ANY REPRODUCTION OR DUPLICATION OF THIS DOCUMENT WITHOUT THE EXPRESS WRITTEN CONSENT OF GP ARCHITECTURE INC.
Copyright © 2022 GP Architecture, Inc.

**VICTORY BLVD. & DE SOTO AVE.**
WOODLAND HILLS, CA 91367
2022

CLIENT REVIEW (NOT FOR CONSTRUCTION)

| No. | REVISION | DATE |
|---|---|---|

PROPOSED SITE PLAN

| PROJECT NO: | 2022 |
|---|---|
| DATE | 5/13/20 |
| DRAWN | AA |
| CHECKED | GJP |

# A1.01

SCALE   As indicated

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT D

**DEFENDANT'S NOTICE OF NO VIOLATION AND REMEDIATION**

**20900 W Victory Blvd**

Application #:
Plan Check #: B20VN07017
Event Code:

Printed: 05/21/20 03:15 PM

**20026 - 20000 - 00156**

---

Nonbldg-Alter/Repair **GREEN - NONE**
Commercial
Regular Plan Check
Plan Check

### City of Los Angeles - Department of Building and Safety
# APPLICATION FOR BUILDING PERMIT
# AND CERTIFICATE OF OCCUPANCY

Last Status: Submitted
Status Date: 05/21/2020

| 1. TRACT | BLOCK | LOT(s) | ARB | COUNTY MAP REF # | PARCEL ID # (PIN #) | 2. ASSESSOR PARCEL # |
|---|---|---|---|---|---|---|
| TR 27192 | | 13 | | M B 819-31/32 | 180B109   587 | 2149 - 003 - 029 |

**3. PARCEL INFORMATION**

Area Planning Commission - South Valley
LADBS Branch Office - VN
Council District - 3
Cmpt. Fill Grd. - CFG-2000
Certified Neighborhood Council - Woodland Hills-Warner Cente

Community Plan Area - Canoga Park-West Hills-Winnetka-Woo
Census Tract - 1349.05
District Map - 180B109
Energy Zone - 9
Fire District - 2

Earthquake-Induced Liquefaction Area - Yes
Near Source Zone Distance - 13
Thomas Brothers Map Grid - 530-C7

**ZONES(S):**   (WC)COLLEGE-SN

**4. DOCUMENTS**

| | | |
|---|---|---|
| ZI - ZI-1117 Metro Right-of-Way (ROW) Pro | ORD - ORD-108684 | ORD - ORD-168870 | ORD - ORD-173071 |
| ZI - ZI-1870 Warner Center | ORD - ORD-136024 | ORD - ORD-168984 | ORD - ORD-173072 |
| ZI - ZI-2374 LOS ANGELES STATE ENTEF | ORD - ORD-165479-SA5100 | ORD - ORD-171426 | ORD - ORD-174061 |
| SPA - Warner Center | ORD - ORD-165479-SA5110 | ORD - ORD-171529 | ORD - ORD-182764 |

**5. CHECKLIST ITEMS**

**6. PROPERTY OWNER, TENANT, APPLICANT INFORMATION**

Owner(s):
KAY ASSOCIATES          19921 TURNBERRY DR          TARZANA CA 91356

Tenant:

Applicant:   (Relationship: Agent for Owner)
KAY  ASSOCIATES -          19921 TURNBERRY DRIVE          TARZANA,CA 91356          (818) 343-1064

| 7. EXISTING USE | PROPOSED USE | 8. DESCRIPTION OF WORK |
|---|---|---|
| (61) Use of Land | | USE OF LAND PERMIT AND RESTRIPE PARKING LOT |

**9. # Bldgs on Site & Use:**

For inspection requests, call toll-free **(888) LA4BUILD (524-2845)**, or request inspections via **www.ladbs.org.**  To speak to a Call Center agent, call **311**.  Outside LA County, call (213) 473-3231.

**10. APPLICATION PROCESSING INFORMATION**

BLDG. PC By:          DAS PC By:
OK for Cashier:          Coord. OK:
Signature:          Date:

**For Cashier's Use Only**          W/O #: 02600156

**11. PROJECT VALUATION & FEE INFORMATION**          Submittal Fee Period

Permit Valuation          $30,000          PC Valuation:

| | |
|---|---|
| SUBMITTAL TOTAL Nonbldg-Alter/ | 442.34 |
| Handicapped Access | |
| Plan Check Subtotal Nonbldg-Alter/Re | 354.38 |
| D.S.C. Surcharge | 10.63 |
| Sys. Surcharge | 21.26 |
| Planning Surcharge | 21.26 |
| Planning Surcharge Misc Fee | 10.00 |
| Planning Gen Plan Maint Surcharge | 24.81 |

Payment Date:          05/21/20
Receipt No.:          750507
Amount:          $442.34
Method:          CC

Sewer Cap ID:          Total Bond(s) Due:

**12. ATTACHMENTS**

`* P 2 0 0 2 6 2 0 0 0 0 0 0 1 5 6 S N *`

**13. STRUCTURE INVENTORY**          (Note: Numeric measurement data in the format "number / number" implies "change in numeric value / total resulting numeric value")          20026 - 20000 - 00156

**14. APPLICATION COMMENTS:**

**15. BUILDING RELOCATED FROM:**

| **16. CONTRACTOR, ARCHITECT & ENGINEER NAME** | **ADDRESS** | **CLASS** | **LICENSE #** | **PHONE #** |
| --- | --- | --- | --- | --- |
| | | | | |

**PLAN CHECK EXPIRATION:** Unless a shorter period of time has been established by an official action, plan check approval expires one and a half years after the plan check fee has been paid.

20900 W VICTORY BLVD

Courier? ( Yes  or  No )
(_) P.C.          (_) N.P.          (_) S.P.I.
(_) D.A.S.          (_) G.P.I.          (_) D.P.I.

| USE:<br>C | 20026 - 20000 - 00156 |
| --- | --- |
| | Plan Check Number  -  Regular PC |
| 3 | **B20VN07017** |

Submittal Date: 05/21/2020

Notes:_____

PC Engr:_____